AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Standish, William L. | U.S. Dist Court, W. Dist of PA | 07/12/2011 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Senior | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 6170 U.S. Post Office & Cthse<br>700 Grant Street<br>Pittsburgh, PA 15219 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Co-Trustee of Trust No. 13 |
| 2. Co-Trustee | Co-Trustee of Trust No. 22 |
| 3. Co-Trustee | Co-Trustee of Trust No. 23 |
| 4. Co-Trustee | Co-Trustee of Trust No. 24 |
| 5. Trustee | Western Pennsylvania School for the Deaf |
| 6. Trustee | Sewickley Valley YMCA |
| 7. Director | Pittsburgh Theological Seminary |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Standish, William L.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing Instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Trust #1.1 (100% Interest) | G | Int./Div. | P2 | T | | | P1 | H1 | See Section VIII #1 |
| 2. | -Blackrock PA Muni MM Inst Shares #40 | | | | Mon Mkt Inv | | | | | |
| 3. | -Altoona PA City Wtr Rev 4.0-2011 | | | | | | | | | |
| 4. | -Altoona PA City Wtr Rev 4.25-2015 | | | | | | | | | |
| 5. | -Bucks Cnty PA Wtr&Sewr Auth 4.0-2012 | | | | | | | | | |
| 6. | -Lancaster PA Pkg Auth Rev 4.0-2015 | | | | | | | | | |
| 7. | -Lower Bucks Cnty PA Jt Mun 3.6-2013 | | | | | Sold | 11/15/10 | | | |
| 8. | -Lower Merion PA Sch Dist 3.85-2014 | | | | | | | | | |
| 9. | -North Waler PA Wtr Auth Rev XLCA 4.0-2011 | | | | | | | | | |
| 10. | -PA St Higher Edl Col of Med 3.75-2012 | | | | | | | | | |
| 11. | -Unionville Chadds Ford PA Sch 3.5-2013 | | | | | | | | | |
| 12. | -Red Lion PA Sch Dist FGIC 4.0-2013 | | | | | | | | | |
| 13. | -SpringFord Sch Dist XLCA 4.0-2014 | | | | | | | | | |
| 14. | -Abbott Labs Inc | | | | | | | | | |
| 15. | -Air Products & Chemicals Inc | | | | | | | | | |
| 16. | -Altria Group Inc | | | | | | 01/27/03 | | | See Section VIII #2 |
| 17. | -American Tower Corp Cl A | | | | | Buy | 01/05/10 | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Automatic Data Processing | | | | | | | | | |
| 19. -BP PLC Spons Adr | | | | | Sold | 06/18/10 | | | |
| 20. -Bristol Myers Squibb Co | | | | | Sold | 01/05/10 | | | |
| 21. -Cisco Sys Inc | | | | | Buy (add'l) | 01/05/10 | | | |
| 22. -Coca Cola Co | | | | | | | | | |
| 23. -Dominion Res Inc VA | | | | | | | | | |
| 24. -Emerson El Co | | | | | | | | | |
| 25. -Exxon Mobil Corp | | | | | Sold (part) | 01/05/10 | | | |
| 26. -Fedex Corp | | | | | Buy | 01/05/10 | | | |
| 27. -Franklin Resources Inc | | | | | Buy (add'l) | 01/05/10 | | | |
| 28. -Freeport McMoran Copper & Gold Inc | | | | | Buy | 01/05/10 | | | |
| 29. -Frontier Communications (Rec Fr Spin Off of Verizon) | | | | | Spinoff (from line 50) | 07/02/10 | | | |
| 30. -Frontier Communications | | | | | Sold (part) | 07/16/10 | | | |
| 31. -General Electric Co | | | | | | | | | |
| 32. -Google Inc Cl A | | | | | Buy | 01/05/10 | | | |
| 33. -Heinz H J Co | | | | | | | | | |
| 34. -Home Depot Inc | | | | | | | | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Illinois Tool Works Inc | | | | | | | | | |
| 36. -Ishares Russell 1000 Index Fund | | | | | Buy | 12/22/08 | | | See Section VIII #3 |
| 37. -Ishares Russell 2000 Growth Index Fund | | | | | Buy | 01/05/10 | | | |
| 38. -Ishares Russell 2000 Value Index Fund | | | | | Buy | 01/05/10 | | | |
| 39. -JP Morgan Chase & Co | | | | | | | | | |
| 40. -Kraft Foods Inc | | | | | | | | | |
| 41. -Mastercard Inc Cl A | | | | | Buy | 01/05/10 | | | |
| 42. -Merck & Co Inc | | | | | | | | | |
| 43. -Microsoft Corp | | | | | | | | | |
| 44. -Oracle Corp | | | | | | | | | |
| 45. -Pfizer Inc | | | | | Sold | 01/05/10 | | | |
| 46. -Phillip Morris | | | | | | | | | |
| 47. -Southern Co | | | | | | | | | |
| 48. -3M Company | | | | | | | | | |
| 49. -United Technologies Corp. | | | | | Buy | 01/05/10 | | | |
| 50. -Verizon (Spinoff Of Frontier Communications) | | | | | | 07/02/10 | | | |
| 51. -Walgreen Co | | | | | | | | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Wells Fargo & Co | | | | | Buy | 01/05/10 | | | |
| 53. -Zimmer Holdings Inc | | | | | | | | | |
| 54. -Vanguard Emerging Mkts ETF | | | | | Buy (add'l) | 01/05/10 | | | |
| 55. -Vanguard FTSE All World Ex US | | | | | | | | | |
| 56. Trust #2 (1/2 Income Int) | E | Div & Int | P1 | T | | | N | D | See Section VIII #1 |
| 57. -BNY Mellon MM Fund Cl M | | | | | | | | | |
| 58. -Fleetwood PA Area School | | | | | Matured | 04/01/09 | | | See Section VIII #4 |
| 59. -Phila PA Sch Muni Bd | | | | | Matured | 03/01/08 | | | See Section VIII #4 |
| 60. -Abbott Laboratories | | | | | Sold | 05/06/09 | | | See Section VIII #3 |
| 61. -Accenture Ltd | | | | | Sold | 01/11/10 | | | |
| 62. -Alliance Data Sys Corp | | | | | | | | | |
| 63. -Allscripts-Misys Healthcare Solution | | | | | Buy | 08/20/10 | | | |
| 64. -Altria Group Inc | | | | | Sold | 02/14/06 | | | See Section VIII #3 |
| 65. -American Express Co | | | | | Buy | 06/24/10 | | | |
| 66. -American Express Co | | | | | Buy (add'l) | 07/12/10 | | | |
| 67. -Ameriprise Financial Inc | | | | | | | | | |
| 68. -Amgen Inc | | | | | Sold (part) | 02/18/10 | | | |

1. Income Gain Codes   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -Amgen Inc | | | | | Sold (part) | 08/13/10 | | | |
| 70. -Amgen Inc | | | | | Sold | 08/16/10 | | | |
| 71. -Amylin Pharmaceuticals Inc | | | | | Buy | 05/11/10 | | | |
| 72. -Amylin Pharmaceuticals Inc | | | | | Buy (add'l) | 06/24/10 | | | |
| 73. -Anadarko Petroleum Corp | | | | | Buy | 06/23/10 | | | |
| 74. -AOL Inc | | | | | Sold | 01/07/10 | | | |
| 75. -Apache Corp | | | | | | | | | |
| 76. -Apple | | | | | Sold (part) | 01/26/10 | | | |
| 77. -Apple | | | | | Buy (add'l) | 04/28/10 | | | |
| 78. -AT&T Inc | | | | | | | | | |
| 79. -Autoliv Inc | | | | | Sold (part) | 09/23/10 | | | |
| 80. -Bank of America Corp | | | | | Buy (add'l) | 05/11/10 | | | |
| 81. -Bank of America Corp | | | | | Buy (add'l) | 09/16/10 | | | |
| 82. -Best Buy Inc | | | | | Sold | 09/16/09 | | | See Section VIII #3 |
| 83. -Blackrock Inc | | | | | Sold (part) | 09/16/10 | | | |
| 84. -Blackrock Inc | | | | | Sold | 09/17/10 | | | |
| 85. -Capital One Financial Corp | | | | | Buy | 01/22/10 | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Capital One Financial Corp | | | | | Buy (add'l) | 07/12/10 | | | |
| 87. -Capital One Financial Corp | | | | | Buy (add'l) | 10/05/10 | | | |
| 88. -Carnival Corp | | | | | Buy | 07/07/10 | | | |
| 89. -Caterpillar Inc | | | | | Buy | 06/21/10 | | | |
| 90. -Chicos Fas Inc | | | | | Sold | 12/22/06 | | | See Section VIII #5 |
| 91. -Chubb Corp | | | | | | | | | |
| 92. -Cigna Corp | | | | | | | | | |
| 93. -Cisco Systems Inc | | | | | Sold (part) | 03/08/10 | | | |
| 94. -Cisco Systems Inc | | | | | Sold (part) | 11/17/10 | | | |
| 95. -Coca Cola Co | | | | | Sold | 05/11/10 | | | |
| 96. -Comerica Inc | | | | | Buy | 09/14/10 | | | |
| 97. -Concophillips | | | | | | | | | |
| 98. -Cummins Inc | | | | | Sold (part) | 09/10/10 | | | |
| 99. -CVS/Caremark Group | | | | | Sold (part) | 01/14/10 | | | |
| 100. -CVS/Caremark Group | | | | | Sold (part) | 06/24/10 | | | |
| 101. -CVS/Caremark Group | | | | | Sold (part) | 08/20/10 | | | |
| 102. -Danaher Corp | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -Darden Restaurants | | | | | Sold | 05/28/09 | | | See Section VIII #3 |
| 104. -DuPont EI De Nemours | | | | | | | | | |
| 105. -EMC Corp | | | | | Buy (add'l) | 04/28/10 | | | |
| 106. -EMC Corp | | | | | Sold (part) | 10/05/10 | | | |
| 107. -Energizer Holdings | | | | | Buy | 11/18/10 | | | |
| 108. -Exelon Corp | | | | | Sold | 08/27/10 | | | |
| 109. -Exxon Mobil Corp | | | | | | | | | |
| 110. -Fedex Corp | | | | | Sold | 06/21/10 | | | |
| 111. -First Horizon Natl Corp | | | | | Sold (part) | 01/22/10 | | | |
| 112. -First Horizon Natl Corp | | | | | Sold | 01/29/10 | | | |
| 113. -Ford Motor Co | | | | | Buy | 11/26/10 | | | |
| 114. -Franklin Res Inc | | | | | | | | | |
| 115. -GAP Inc | | | | | Buy (add'l) | 01/14/10 | | | |
| 116. -GAP Inc | | | | | Buy (add'l) | 01/15/10 | | | |
| 117. -GAP Inc | | | | | Sold | 07/12/10 | | | |
| 118. -General Electric Co | | | | | | | | | |
| 119. -Google Inc | | | | | | | | | |

1. Income Gain Codes. (See Columns B1 and D4)  
A =$1,000 or less  
B =$1,001 - $2,500  
C =$2,501 - $5,000  
D =$5,001 - $15,000  
E =$15,001 - $50,000  
F =$50,001 - $100,000  
G =$100,001 - $1,000,000  
H1 =$1,000,001 - $5,000,000  
H2 =More than $5,000,000  

2. Value Codes (See Columns C1 and D3)  
J =$15,000 or less  
K =$15,001 - $50,000  
L =$50,001 - $100,000  
M =$100,001 - $250,000  
N =$250,001 - $500,000  
O =$500,001 - $1,000,000  
P1 =$1,000,001 - $5,000,000  
P2 =$5,000,001 - $25,000,000  
P3 =$25,000,001 - $50,000,000  
P4 =More than $50,000,000  

3. Value Method Codes (See Column C2)  
Q =Appraisal  
R =Cost (Real Estate Only)  
S =Assessment  
T =Cash Market  
U =Book Value  
V =Other  
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -Halliburton Co | | | | | | | | | |
| 121. -Hess Corp | | | | | | | | | |
| 122. -Hewlett Packard Co | | | | | Sold (part) | 08/16/10 | | | |
| 123. -Hewlett Packard Co | | | | | Sold | 08/17/10 | | | |
| 124. -Home Depot Inc | | | | | Sold (part) | 05/25/10 | | | |
| 125. -Home Depot Inc | | | | | Sold (part) | 06/02/10 | | | |
| 126. -Honeywell Int'l Inc | | | | | | | | | |
| 127. -Hospira Inc | | | | | | | | | |
| 128. -Human Genome Sciences Inc | | | | | Buy (add'l) | 02/18/10 | | | |
| 129. -IBM | | | | | Buy (add'l) | 08/16/10 | | | |
| 130. -Informatica Corp | | | | | Buy | 08/19/10 | | | |
| 131. -Juniper Networks Inc | | | | | Sold | 01/11/10 | | | |
| 132. -JP Morgan Chase & Co | | | | | | | | | |
| 133. -Kbr Inc | | | | | Sold | 09/16/10 | | | |
| 134. -Keycorp New | | | | | Sold | 05/29/09 | | | See Section VIII #3 |
| 135. -Limited Brands Inc | | | | | Sold (part) | 11/26/10 | | | |
| 136. -McDonalds Corp | | | | | Sold | 05/12/09 | | | See Section VIII #6 |

1 Income Gain Codes:      A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E = $15,001 - $50,000
  (See Columns B1 and D4)  F = $50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes            J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
  (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                                              P4 =More than $50,000,000
3 Value Method Codes     Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment            T =Cash Market
  (See Column C2)          U =Book Value            V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137.  -McKesson Corp | | | | | Buy (add'l) | 01/08/10 | | | |
| 138.  -Medtronic Inc | | | | | | | | | |
| 139.  -Merck & Co Inc | | | | | Sold (part) | 09/23/10 | | | |
| 140.  -Microsoft Corp | | | | | Buy (add'l) | 01/26/10 | | | |
| 141.  -Morgan Stanley | | | | | | | | | |
| 142.  -Motorola Inc | | | | | Buy | 08/17/10 | | | |
| 143.  -Newell Rubbermaid Inc | | | | | Buy | 09/23/10 | | | |
| 144.  -News Corp Inc | | | | | | | | | |
| 145.  -Nextera Energy Inc | | | | | Buy | 08/27/10 | | | |
| 146.  -Nordstrom | | | | | Buy | 07/12/10 | | | |
| 147.  -Nordstrom | | | | | Buy (add'l) | 08/12/10 | | | |
| 148.  -Norfolk Southern Corp | | | | | | | | | |
| 149.  -Northern Trust Corp | | | | | Sold | 05/28/09 | | | See Section VIII #3 |
| 150.  -Occidental Petro Corp | | | | | Buy (add'l) | 06/16/10 | | | |
| 151.  -Omnicom Group Inc | | | | | | | | | |
| 152.  -Oracle Corp | | | | | Buy (add'l) | 10/05/10 | | | |
| 153.  -Parker Hannifin Corp | | | | | Sold | 06/24/10 | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period<br><br>(1) Amount Code 1 (A-H) | (2) Type (e g , div., rent, or int.) | C. Gross value at end of reporting period<br><br>(1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period<br><br>(1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. -Pepsico Inc | | | | | | | | | |
| 155. -Phillip Morris | | | | | | | | | |
| 156. -Pfizer Inc | | | | | | | | | |
| 157. -Praxir Inc | | | | | | | | | |
| 158. -Procter & Gamble Co | | | | | | | | | |
| 159. -Public Svc Enterprise Group Inc | | | | | Buy | 01/08/10 | | | |
| 160. -Public Svc Enterprise Group Inc | | | | | Buy (add'l) | 05/25/10 | | | |
| 161. -Qualcomm Inc | | | | | Buy (add'l) | 01/11/10 | | | |
| 162. -Qualcomm Inc | | | | | Buy (add'l) | 03/08/10 | | | |
| 163. -Qualcomm Inc | | | | | Sold (part) | 04/28/10 | | | |
| 164. -Qualcomm Inc | | | | | Buy (add'l) | 08/16/10 | | | |
| 165. -Raytheon Co | | | | | | | | | |
| 166. -Research in Motion | | | | | Sold | 10/06/08 | | | See Section VIII #6 |
| 167. -Schwab Charles Corp | | | | | | | | | |
| 168. -Sempra Energy | | | | | Sold | 01/12/10 | | | |
| 169. -Starbucks Corp | | | | | Sold | 02/12/07 | | | See Section VIII #3 |
| 170. -Taiwan Semiconductor Mfg Co ADR | | | | | Sold | 11/09/09 | | | See Section VIII #3 |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. -Target Corp | | | | | Sold (part) | 08/12/10 | | | |
| 172. -Textron Inc | | | | | | | | | |
| 173. -ThermoFisher Scientific Inc | | | | | | | | | |
| 174. -Time Warner Inc | | | | | Buy (add'l) | 01/14/10 | | | |
| 175. -Time Warner Inc | | | | | Sold (part) | 07/07/10 | | | |
| 176. -Tyco Intl Ltd | | | | | Sold (part) | 09/08/10 | | | |
| 177. -Unilever PIC ADR | | | | | Buy (add'l) | 06/02/10 | | | |
| 178. -U S Bancorp Del | | | | | Sold | 01/26/09 | | | See Section VIII #3 |
| 179. -Vale SA-Sp ADR | | | | | | | | | |
| 180. -Vertex Pharmacutals | | | | | Sold (part) | 01/14/10 | | | |
| 181. -Vertex Pharmacutals | | | | | Sold | 06/25/10 | | | |
| 182. -Viacom Inc | | | | | Sold | 05/13/08 | | | See Section VIII #3 |
| 183. -Visa Inc - Cl A | | | | | Sold | 08/18/10 | | | |
| 184. -Wells Fargo & Co | | | | | Buy (add'l) | 08/13/10 | | | |
| 185. -Wells Fargo & Co | | | | | Buy (add'l) | 09/16/10 | | | |
| 186. -Whirlpool Corp | | | | | Sold | 11/26/10 | | | |
| 187. -XTO Energy Inc | | | | | Sold | 06/16/10 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Defenders M-S Hedge Fd (Name Chg Fr BNY/Ivy M-S Hedge Fd) | | | | | | 12/01/09 | | | See Section VIII #7 |
| 189. -Dreyfus/Newton Intl Equity | | | | | | | | | |
| 190. -Dreyfus Prem Strat Glbl ST-1 (Name Chng To Strategic Glbl) | | | | | | 08/31/09 | | | See Section VIII #7 |
| 191. -Ishares S&P GSCI Commodity-Ind | | | | | | | | | |
| 192. -Strategic Global Stk Fund (Name Change Fr Dreyfus Prem St) | | | | | | 08/31/09 | | | See Section VIII #7 |
| 193. -BNY/Ivy M-S Hedge Fd (Name Chg To Defenders M-S Hedge Fd) | | | | | | 12/01/09 | | | See Section VIII #7 |
| 194. -BNY Mellon Emerging Mkts Fund Cl M | | | | | | | | | |
| 195. -BNY Mellon Int'l Fund Cl M | | | | | | | | | |
| 196. -BNY Mellon Mid-Cap Stock Fund Cl M | | | | | | | | | |
| 197. -BNY Mellon Natl Interm Muni Bd Fd Cl M | | | | | | | | | |
| 198. -BNY Mellon Natl S/T Muni Bd Fd Cl M | | | | | | | | | |
| 199. -BNY Mellon Optima L/S Strategy Fd | | | | | | | | | |
| 200. -BNY Mellon Small Cap Stock Fd Cl M | | | | | | | | | |
| 201. -BNY Mellon US Core Equity | | | | | | | | | |
| 202. Trust #3 (1/6 Income Int) | C | Div & Int | N | T | | | L | C | See Section VIII #1 |
| 203. -BNY Mellon MM Fund CL M | | | | Mon Mkt Inv | | | | | |
| 204. -Accenture Ltd | | | | Sold | 01/11/10 | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -Alliance Data Systems Corp | | | | | | | | | |
| 206. -Allscripts-Misys Healthcare Solution | | | | | Buy | 08/20/10 | | | |
| 207. -American Express | | | | | Buy | 06/24/10 | | | |
| 208. -American Express | | | | | Buy (add'l) | 07/12/10 | | | |
| 209. -Ameriprises Fin'l Inc | | | | | | | | | |
| 210. -Amgen Inc | | | | | Sold (part) | 02/18/10 | | | |
| 211. -Amgen Inc | | | | | Sold | 08/16/10 | | | |
| 212. -Amylin Pharmaceuticals Inc | | | | | Buy | 05/11/10 | | | |
| 213. -Amylin Pharmaceuticals Inc | | | | | Buy (add'l) | 06/23/10 | | | |
| 214. -Anadarko Petroleum Corp | | | | | Buy | 06/23/10 | | | |
| 215. -AOL Inc | | | | | Sold | 01/07/10 | | | |
| 216. -Apache Corp | | | | | | | | | |
| 217. -Apple Inc | | | | | Sold (part) | 01/26/10 | | | |
| 218. -Apple Inc | | | | | Buy (add'l) | 04/28/10 | | | |
| 219. -AT&T Inc | | | | | | | | | |
| 220. -Autoliv Inc | | | | | Sold (part) | 09/23/10 | | | |
| 221. -Bank of America Corp | | | | | Buy (add'l) | 05/11/10 | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. -Bank of America Corp | | | | | Buy (add'l) | 09/16/10 | | | |
| 223. -Blackrock Inc | | | | | Sold | 09/17/10 | | | |
| 224. -Capital One Financial Corp | | | | | Buy | 01/22/10 | | | |
| 225. -Capital One Financial Corp | | | | | Buy (add'l) | 07/12/10 | | | |
| 226. -Capital One Financial Corp | | | | | Buy (add'l) | 10/05/10 | | | |
| 227. -Carnival Corp | | | | | Buy | 07/07/10 | | | |
| 228. -Caterpillar Inc | | | | | Buy | 06/21/10 | | | |
| 229. -Chubb Corp | | | | | | | | | |
| 230. -Cigna Corp | | | | | | | | | |
| 231. -Cisco Sys Inc | | | | | Sold (part) | 03/08/10 | | | |
| 232. -Cisco Sys Inc | | | | | Sold (part) | 11/17/10 | | | |
| 233. -Coca Cola Co | | | | | Sold | 05/11/10 | | | |
| 234. -Comerica Inc | | | | | Buy | 09/14/10 | | | |
| 235. -Concophillips | | | | | | | | | |
| 236. -Cummins Inc | | | | | Sold (part) | 09/10/10 | | | |
| 237. -CVS/Caremark Corp | | | | | Sold (part) | 01/13/10 | | | |
| 238. -CVS/Caremark Corp | | | | | Sold (part) | 06/24/10 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. -CVS/Caremark Corp | | | | | Sold (part) | 08/20/10 | | | |
| 240. -Danaher Corp | | | | | | | | | |
| 241. -Directv Group Inc | | | | | Sold | 01/18/08 | | | See Section VIII #3 |
| 242. -DuPont EI De Nemours | | | | | | | | | |
| 243. -EMC Corp Mass | | | | | Buy (add'l) | 04/28/10 | | | |
| 244. -EMC Corp Mass | | | | | Sold (part) | 10/05/10 | | | |
| 245. -Energizer Holdings | | | | | Buy | 11/18/10 | | | |
| 246. -Exelon Corp | | | | | Sold | 08/27/10 | | | |
| 247. -Exxon Mobil Corp | | | | | | | | | |
| 248. -Fedex Corp | | | | | Sold | 06/21/10 | | | |
| 249. -First Horizon Natl Corp | | | | | Sold | 01/22/10 | | | |
| 250. -Ford Motor Co | | | | | Buy | 11/26/10 | | | |
| 251. -Franklin Res Inc | | | | | | | | | |
| 252. -GAP Inc | | | | | Buy (add'l) | 01/15/10 | | | |
| 253. -GAP Inc | | | | | Sold | 07/12/10 | | | |
| 254. -General Electric Co | | | | | | | | | |
| 255. -Google Inc | | | | | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Halliburton Co | | | | | | | | | |
| 257. -Hess Corp | | | | | | | | | |
| 258. -Hewlett Packard Co | | | | | Sold | 08/17/10 | | | |
| 259. -Home Depot Inc | | | | | Sold (part) | 05/25/10 | | | |
| 260. -Home Depot Inc | | | | | Sold (part) | 06/02/10 | | | |
| 261. -Honeywell Int'l Inc | | | | | | | | | |
| 262. -Hospira Inc | | | | | | | | | |
| 263. -Human Genome Sciences Inc | | | | | Buy | 12/08/09 | | | See Section VIII #3 |
| 264. -IBM | | | | | Buy (add'l) | 08/16/10 | | | |
| 265. -Informatica Corp | | | | | Buy | 08/19/10 | | | |
| 266. -Juniper Networks Inc | | | | | Sold | 01/11/10 | | | |
| 267. -JP Morgan Chase & Co | | | | | | | | | |
| 268. -Kbr Inc | | | | | Sold | 09/16/10 | | | |
| 269. -Limited Brands Inc | | | | | Sold (part) | 11/26/10 | | | |
| 270. -McKesson Corp | | | | | Buy (add'l) | 01/08/10 | | | |
| 271. -Medtronic Inc | | | | | | | | | |
| 272. -Merck & Co Inc | | | | | Sold (part) | 09/23/10 | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   - A =$1,000 or less
   - B =$1,001 - $2,500
   - C =$2,501 - $5,000
   - D =$5,001 - $15,000
   - E =$15,001 - $50,000
   - F =$50,001 - $100,000
   - G =$100,001 - $1,000,000
   - H1 =$1,000,001 - $5,000,000
   - H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3):
   - J =$15,000 or less
   - K =$15,001 - $50,000
   - L =$50,001 - $100,000
   - M =$100,001 - $250,000
   - N =$250,001 - $500,000
   - O =$500,001 - $1,000,000
   - P1 =$1,000,001 - $5,000,000
   - P2 =$5,000,001 - $25,000,000
   - P3 =$25,000,001 - $50,000,000
   - P4 =More than $50,000,000

3. Value Method Codes (See Column C2):
   - Q =Appraisal
   - R =Cost (Real Estate Only)
   - S =Assessment
   - T =Cash Market
   - U =Book Value
   - V =Other
   - W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Microsoft Corp | | | | | Buy (add'l) | 01/26/10 | | | |
| 274. -Morgan Stanley | | | | | | | | | |
| 275. -Motorola Inc | | | | | Buy | 08/17/10 | | | |
| 276. -Newell Rubbermaid Inc | | | | | Buy | 09/23/10 | | | |
| 277. -News Corp Inc | | | | | | | | | |
| 278. -Nextera Energy Inc | | | | | Buy | 08/27/10 | | | |
| 279. -Nordstrom | | | | | Buy | 07/12/10 | | | |
| 280. -Nordstrom | | | | | Buy (add'l) | 08/12/10 | | | |
| 281. -Norfolk Southern Corp | | | | | | | | | |
| 282. -Occidental Petro Corp | | | | | Buy (add'l) | 06/16/10 | | | |
| 283. -Omnicom Group Inc | | | | | | | | | |
| 284. -Oracle Corp | | | | | Buy (add'l) | 10/05/10 | | | |
| 285. -Parker Hannifin Corp | | | | | Sold | 06/24/10 | | | |
| 286. -Pepsico Inc | | | | | | | | | |
| 287. -Pfizer Inc | | | | | | | | | |
| 288. -Phillip Morris | | | | | | | | | |
| 289. -Praxir Inc | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and B4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. -Procter & Gamble Co | | | | | | | | | |
| 291. -Public Svc Enterprise Group Inc | | | | | Buy | 01/08/10 | | | |
| 292. -Public Svc Enterprise Group Inc | | | | | Buy (add'l) | 05/25/10 | | | |
| 293. -Qualcomm Inc | | | | | Buy (add'l) | 01/11/10 | | | |
| 294. -Qualcomm Inc | | | | | Buy (add'l) | 03/08/10 | | | |
| 295. -Qualcomm Inc | | | | | Sold (part) | 04/28/10 | | | |
| 296. -Qualcomm Inc | | | | | Buy (add'l) | 08/16/10 | | | |
| 297. -Raytheon Co | | | | | | | | | |
| 298. -Schwab Charles Corp New | | | | | | | | | |
| 299. -Sempra Energy | | | | | Sold | 01/08/10 | | | |
| 300. -Target Corp | | | | | Sold (part) | 08/12/10 | | | |
| 301. -Textron Inc | | | | | | | | | |
| 302. -ThermoFisher Scientific Inc | | | | | | | | | |
| 303. -Time Warner Inc | | | | | Buy (add'l) | 01/14/10 | | | |
| 304. -Time Warner Inc | | | | | Sold (part) | 07/07/10 | | | |
| 305. -Tyco Intl Ltd - W/I | | | | | Sold (part) | 09/08/10 | | | |
| 306. -Unilever PLC ADR | | | | | Buy (add'l) | 06/02/10 | | | |

1 Income Gain Codes:        A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
  (See Columns B1 and D4)   F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes               J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
  (See Columns C1 and D3)   N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3 Value Method Codes        Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                T =Cash Market
  (See Column C2)           U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. -Vale SA-Sp ADR | | | | | | | | | |
| 308. -Veretex Pharmaceuticals Inc | | | | | Sold (part) | 01/14/10 | | | |
| 309. -Veretex Pharmaceuticals Inc | | | | | Sold | 06/25/10 | | | |
| 310. -Visa Inc Cl A | | | | | Sold | 08/18/10 | | | |
| 311. -Wells Fargo & Co New | | | | | Buy (add'l) | 08/13/10 | | | |
| 312. -Wells Fargo & Co New | | | | | Buy (add'l) | 09/16/10 | | | |
| 313. -Whirlpool Corp | | | | | Sold | 11/26/10 | | | |
| 314. -XTO Energy Inc | | | | | Sold | 06/16/10 | | | |
| 315. -Defenders M-S Hedge Fd (Name Chg From BNY M-S Hedge Fd) | | | | | | 12/01/09 | | | See Section VIII #7 |
| 316. -Dreyfus Mid Cap Index Fd | | | | | | | | | |
| 317. -Dreyfus/Newton Intern Equity-1 | | | | | | | | | |
| 318. -Ishares S&P GSCI Commodity-Ind | | | | | | | | | |
| 319. -Ivy M-S Hedge Fd (Name Chg To BNY M-S Hedge Fd) | | | | | | 03/31/08 | | | See Section VIII #7 |
| 320. -Strategic Global Stock Fund | | | | | | | | | |
| 321. -BNY Hamilton Glbl Real Estate | | | | | Sold | 09/15/08 | | | See Section VIII #3 |
| 322. -BNY Mellon Emerging Mkts Fund Cl M | | | | | | | | | |
| 323. -BNY Mellon Int'l Fund Cl M | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -BNY Mellon Mid Cap Stock Fd Cl M | | | | | | | | | |
| 325. -BNY M-S Hedge FD (Name Chg To Defenders M-S Hedge Fd) | | | | | | 12/01/09 | | | See Section VIII # 7 |
| 326. -BNY Mellon Natl Interm Muni Bd Fd Cl M | | | | | | | | | |
| 327. -BNY Mellon Natl S/T Muni Bond Fd | | | | | | | | | |
| 328. -BNY Mellon Optima L/S Strategy Fd LLC | | | | | | | | | |
| 329. -BNY Mellon Small Cap Stock Fund Cl M | | | | | | | | | |
| 330. -BNY Mellon US Equity Core | | | | | | | | | |
| 331. Trust #4 (1/6 Income Int) | D | Div & Int | O | T | | | M | D | See Section VIII #1 |
| 332. -BNY Mellon MM Fund Cl M | | | | | Mon Mkt Inv | | | | |
| 333. -AT&T Inc | | | | | | | | | |
| 334. -Accenture Ltd | | | | | Sold | 01/11/10 | | | |
| 335. -Aetna Inc | | | | | Sold | 06/18/09 | | | See Section VIII #3 |
| 336. -Alliance Data Sys Corp | | | | | | | | | |
| 337. -Allscripts-Misys Healthcare Solution | | | | | Buy | 08/20/10 | | | |
| 338. -American Express | | | | | Buy | 06/24/10 | | | |
| 339. -American Express | | | | | Buy (add'l) | 07/12/10 | | | |
| 340. -Amerprise Finl Inc | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,000 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -Amgen Inc | | | | | Sold (part) | 02/18/10 | | | |
| 342. -Amgen Inc | | | | | Sold | 08/16/10 | | | |
| 343. -Amylin Pharmaceuticals Inc | | | | | Buy | 05/11/10 | | | |
| 344. -Amylin Pharmaceuticals Inc | | | | | Buy (add'l) | 06/24/10 | | | |
| 345. -Anadarko Petroleum Corp | | | | | Buy | 06/23/10 | | | |
| 346. -AOL Inc | | | | | Sold | 01/07/10 | | | |
| 347. -Apache Corp | | | | | | | | | |
| 348. -Apple Inc | | | | | Sold (part) | 01/26/10 | | | |
| 349. -Apple Inc | | | | | Buy (add'l) | 04/28/10 | | | |
| 350. -Autoliv Inc | | | | | Sold (part) | 09/23/10 | | | |
| 351. -Bank of America Corp | | | | | Buy (add'l) | 05/11/10 | | | |
| 352. -Bank of America Corp | | | | | Buy (add'l) | 09/16/10 | | | |
| 353. -Blackrock Inc | | | | | Sold | 09/17/10 | | | |
| 354. -Capital One Financial Corp | | | | | Buy | 01/22/10 | | | |
| 355. -Capital One Financial Corp | | | | | Buy (add'l) | 07/12/10 | | | |
| 356. -Capital One Financial Corp | | | | | Buy (add'l) | 10/05/10 | | | |
| 357. -Carnival Corp | | | | | Buy | 07/07/10 | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. -Caterpillar Inc | | | | | Buy | 06/21/10 | | | |
| 359. -Chubb Corp | | | | | | | | | |
| 360. -Cigna Corp | | | | | | | | | |
| 361. -Cisco Sys Inc | | | | | Sold (part) | 03/08/10 | | | |
| 362. -Cisco Sys Inc | | | | | Sold (part) | 11/17/10 | | | |
| 363. -Coca Cola Co | | | | | Sold | 05/11/10 | | | |
| 364. -Comerica Inc | | | | | Buy | 09/14/10 | | | |
| 365. -Concophillips | | | | | | | | | |
| 366. -Cummins Inc | | | | | Sold (part) | 09/10/10 | | | |
| 367. -CVS/Caremark Corp | | | | | Sold (part) | 01/14/10 | | | |
| 368. -CVS/Caremark Corp | | | | | Sold (part) | 06/24/10 | | | |
| 369. -CVS/Caremark Corp | | | | | Sold (part) | 08/20/10 | | | |
| 370. -Danaher Corp | | | | | | | | | |
| 371. -Defenders M-S Hedge Fd (Name Chg Fr BNY/Ivy M-S Hedge Fd) | | | | | | 12/01/09 | | | See Section VIII #7 |
| 372. -Defenders Multi-Strategy Hedge Fund LLC | | | | | Sold (part) | 11/18/10 | | | |
| 373. -Du Pont El De Numours | | | | | | | | | |
| 374. -EMC Corp Mass | | | | | Buy (add'l) | 04/28/10 | | | |

| 1 Income Gain Codes. | A ¬$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. -EMC Corp Mass | | | | | Sold (part) | 10/05/10 | | | |
| 376. -Energizer Holdings | | | | | Buy | 11/18/10 | | | |
| 377. -Exelon Corp | | | | | Sold | 08/27/10 | | | |
| 378. -Exxon Mobil Corp | | | | | | | | | |
| 379. -Fedex Corp | | | | | Sold | 06/21/10 | | | |
| 380. -First Horizon Nat'l Corp | | | | | Sold | 01/29/10 | | | |
| 381. -Ford Motor Co | | | | | Buy | 11/26/10 | | | |
| 382. -Franklin Res Inc | | | | | | | | | |
| 383. -Gap Inc | | | | | Buy (add'l) | 01/15/10 | | | |
| 384. -Gap Inc | | | | | Sold | 07/12/10 | | | |
| 385. -General Electric Co | | | | | | | | | |
| 386. -Google Inc | | | | | | | | | |
| 387. -Halliburton Co | | | | | | | | | |
| 388. -Hess Corp | | | | | | | | | |
| 389. -Hewlett Packard Co | | | | | Sold | 08/17/10 | | | |
| 390. -Home Depot Inc | | | | | Sold (part) | 05/25/10 | | | |
| 391. -Home Depot Inc | | | | | Sold (part) | 06/02/10 | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. -Honeywell Int'l Inc | | | | | | | | | |
| 393. -Hospira Inc | | | | | | | | | |
| 394. -Human Genome Sciences Inc | | | | | Buy (add'l) | 02/18/10 | | | |
| 395. -IBM | | | | | Buy (add'l) | 08/16/10 | | | |
| 396. -Informatica Corp | | | | | Buy | 08/19/10 | | | |
| 397. -JP Morgan Chase & Co | | | | | | | | | |
| 398. -Juniper Networks Inc | | | | | Sold | 01/11/10 | | | |
| 399. -Kbr Inc | | | | | Sold | 09/16/10 | | | |
| 400. -Kraft Foods Inc | | | | | Sold | 08/03/07 | | | See Section VIII #3 |
| 401. -Limited Brands Inc | | | | | Sold (part) | 11/26/10 | | | |
| 402. -McKesson Corp | | | | | Buy (add'l) | 01/08/10 | | | |
| 403. -Medtronic Inc | | | | | | | | | |
| 404. -Merck & Co Inc | | | | | Sold (part) | 09/23/10 | | | |
| 405. -Microsoft Corp | | | | | Buy (add'l) | 01/26/10 | | | |
| 406. -Morgan Stanley | | | | | | | | | |
| 407. -Mosaic Co | | | | | Sold | 04/17/09 | | | See Section VIII #3 |
| 408. -Motorola Inc | | | | | Buy | 08/17/10 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. -Newell Rubbermaid Inc | | | | | Buy | 09/23/10 | | | |
| 410. -News Corp Inc | | | | | | | | | |
| 411. -Nextera Energy Inc | | | | | Buy | 08/27/10 | | | |
| 412. -Nordstrom | | | | | Buy | 07/12/10 | | | |
| 413. -Nordstrom | | | | | Buy (add'l) | 08/12/10 | | | |
| 414. -Norfolk Southern Corp | | | | | | | | | |
| 415. -Occidental Petro Corp | | | | | Buy | 04/28/10 | | | |
| 416. -Occidental Petro Corp | | | | | Buy (add'l) | 06/16/10 | | | |
| 417. -Omnicom Group Inc | | | | | | | | | |
| 418. -Oracle Corp | | | | | Buy (add'l) | 10/05/10 | | | |
| 419. -Parker Hannifin Corp | | | | | Sold | 06/24/10 | | | |
| 420. -Pepsico Inc | | | | | | | | | |
| 421. -Pfizer Inc | | | | | | | | | |
| 422. -Phillip Morris | | | | | | | | | |
| 423. -Praxair Inc | | | | | | | | | |
| 424. -Procter & Gamble Co | | | | | | | | | |
| 425. -Public Svc Enterprise Group Inc | | | | | Buy | 01/08/10 | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. -Public Svc Enterprise Group Inc | | | | | Buy (add'l) | 05/25/10 | | | |
| 427. -Qualcomm Inc | | | | | Buy (add'l) | 01/11/10 | | | |
| 428. -Qualcomm Inc | | | | | Buy (add'l) | 03/08/10 | | | |
| 429. -Qualcomm Inc | | | | | Sold (part) | 04/28/10 | | | |
| 430. -Qualcomm Inc | | | | | Buy (add'l) | 08/16/10 | | | |
| 431. -Raytheon Corp | | | | | | | | | |
| 432. -Schwab Charles Corp | | | | | | | | | |
| 433. -Sempra Energy | | | | | Sold | 01/12/10 | | | |
| 434. -Target Corp | | | | | Sold (part) | 08/12/10 | | | |
| 435. -Textron Inc | | | | | | | | | |
| 436. -ThermoFisher Scientific Inc | | | | | | | | | |
| 437. -Time Warner Inc | | | | | Buy (add'l) | 01/14/10 | | | |
| 438. -Time Warner Inc | | | | | Sold (part) | 07/07/10 | | | |
| 439. -TJX Cos Inc | | | | | Sold | 12/09/08 | | | See Section VIII #3 |
| 440. -Tyco Int'l Ltd | | | | | Sold (part) | 09/08/10 | | | |
| 441. -Unilever PLC ADR | | | | | Buy (add'l) | 06/02/10 | | | |
| 442. -Vale SA-Sp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. -Veretex Pharmaceuticals Inc | | | | | Sold (part) | 01/14/10 | | | |
| 444. -Veretex Pharmaceuticals Inc | | | | | Sold | 06/25/10 | | | |
| 445. -Visa Inc - Cl A | | | | | Sold | 08/18/10 | | | |
| 446. -Wells Fargo & Co New | | | | | Buy (add'l) | 08/13/10 | | | |
| 447. -Wells Fargo & Co New | | | | | Buy (add'l) | 09/16/10 | | | |
| 448. -Whirlpool Corp | | | | | Sold | 11/26/10 | | | |
| 449. -Xto Energy Inc | | | | | Sold | 06/16/10 | | | |
| 450. -BNY Hamilton Global Real Est-1 | | | | | Sold | 09/15/08 | | | See Section VIII #3 |
| 451. -BNY Ivy M-S Hedge Fd (Name Chg To Defenders M-S Hedge Fd) | | | | | | 12/01/09 | | | See Section VIII #7 |
| 452. -Dreyfus Basic S&P stk Index | | | | | Sold | 02/07/07 | | | See Section VIII #3 |
| 453. -Dreyfus Mid Cap Index Fund | | | | | | | | | |
| 454. -Ishares S&P GSCI Commodity Ind Trade | | | | | | | | | |
| 455. -Strategic Glbl Stk Fd | | | | | | | | | |
| 456. -BNY Mellon Emerging Mkts Fund Cl M | | | | | | | | | |
| 457. -BNY Mellon Int'l Fund Cl M | | | | | | | | | |
| 458. -BNY Mellon Mid Cap Stk | | | | | | | | | |
| 459. -BNY Mellon Natl Interm Muni Bd Fd Cl M | | | | | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. -BNY Mellon Natl ST Muni Bd Fd Cl M | | | | | Buy | 09/01/09 | | | See Section VIII #3 |
| 461. -BNY Mellon-Newton Intl Equity Trade (Name Chg To Dreyfus) | | | | | | 01/04/10 | | | |
| 462. -Dreyfus/Newton Intl Eqty (Name Change Fr BNY Mellon-Newton) | | | | | | 01/04/10 | | | |
| 463. -BNY Mellon Optima L/S Strategy Fd LLC | | | | | | | | | |
| 464. -BNY Mellon Small Cap Stock Fund Cl M | | | | | | | | | |
| 465. -BNY Mellon US Core Equity | | | | | | | | | |
| 466. Custody Acct #1 (100% Interest) | | | | | | | | | |
| 467. -PNC PA Tax Exempt MM Fund # 424 | D | Interest | K | T | Open | 03/31/10 | N | | |
| 468. -Abbott Laboratories | E | Dividend | O | T | Sold (part) | 04/19/10 | L | F | |
| 469. -Abbott Laboratories | | | | | Sold (part) | 10/28/10 | L | F | |
| 470. -Agilent Tech Inc | | None | M | T | | | | | |
| 471. -American Express | C | Dividend | M | T | | | | | |
| 472. -Automatic Data Processing | D | Dividend | M | T | | | | | |
| 473. -BJW Inc (S Corp) Alexandria, V | | None | K | U | | | | | |
| 474. -Emerson Electric Co | D | Dividend | N | T | | | | | |
| 475. -Exxon Mobil Corp | D | Dividend | N | T | | | | | |
| 476. -Frontier Comm | D | Dividend | M | T | | | | | |

1. Income Gain Codes:    A = $1,000 or less    B = $1,001 - $2,500    C = $2,501 - $5,000    D = $5,001 - $15,000    E = $15,001 - $50,000
(See Columns B1 and D4)    F = $50,001 - $100,000    G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 - $250,000
(See Columns C1 and D3)    N = $250,001 - $500,000    O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000    P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. -General Electric Co | D | Dividend | M | T | Donated (part) | 07/06/10 | K | | |
| 478. -General Electric Co | | | | | Donated (part) | 11/10/10 | L | | |
| 479. -Great Plains Energy Inc | B | Dividend | | | Sold | 04/19/10 | M | A | |
| 480. -H J Heinz Co | D | Dividend | N | T | | | | | |
| 481. -Ishares MSCI Pacific Ex Jpn | C | Dividend | M | T | Buy | 04/19/10 | L | | |
| 482. -Johnson & Johnson | E | Dividend | O | T | | | | | |
| 483. -JP Morgan Chase | A | Dividend | M | T | | | | | |
| 484. -Merck & Co | E | Dividend | O | T | Sold (part) | 04/19/10 | L | F | |
| 485. -Merck & Co | | | | | Sold (part) | 10/28/10 | L | F | |
| 486. -Microsoft Corp | D | Dividend | O | T | | | | | |
| 487. -Monsanto Co | B | Dividend | M | T | . | | | | |
| 488. -National Grid PLC | D | Dividend | L | T | Buy | 04/19/10 | M | | |
| 489. -National Grid PLC | | | | | Sold (part) | 08/20/10 | J | D | |
| 490. -Nestle S A | D | Dividend | N | T | | | | | |
| 491. -Oracle Corp | C | Dividend | N | T | | | | | |
| 492. -Pepsico Inc | D | Dividend | M | T | | | | | |
| 493. -Pfizer Inc | B | Dividend | | | Sold | 10/25/10 | L | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less P3 =$25,000,001 - $50,000,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | N =$250,001 - $500,000 O =$500,001 - $1,000,000 |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. -Philllip Morris | C | Dividend | M | T | | | | | |
| 495. -Procter & Gamble | D | Dividend | N | T | | | | | |
| 496. -RPM Int'l Inc | D | Dividend | M | T | | | | | |
| 497. -Schlumberger Ltd | D | Dividend | O | T | | | | | |
| 498. -Stryker Corp | C | Dividend | N | T | | | | | |
| 499. -3M Co | D | Dividend | N | T | | | | | |
| 500. -Tortoise Energy Infrastructure | C | Dividend | M | T | Buy | 04/19/10 | M | | |
| 501. -Transcanada Corp | | None | M | T | Buy | 10/28/10 | M | | |
| 502. -Verizon Communications | | None | M | T | Buy | 10/28/10 | M | | |
| 503. -Vulcan Materials Co Com | B | Dividend | L | T | | | | | |
| 504. -Allegiant PA MM Fd | A | Interest | | | Closed | 03/31/10 | N | | |
| 505. -Cocalico SD PA 2.0-2014 | A | Interest | M | T | Buy | 01/08/10 | M | | |
| 506. -Monroe County PA 2.8-2016 | C | Interest | M | T | | | | | |
| 507. -Nazareth PA School Dist 3.5-2010 | C | Interest | | | Matured | 11/15/10 | L | | |
| 508. -South Western SD PA York 3.15-2018 | B | Interest | M | T | Buy | 05/18/10 | L | | |
| 509. -PA St 4.0-2011 | C | Interest | M | T | | | | | |
| 510. -Ltd Partnerships -- | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 511. -One Atlanta Assocs - Atlanta, GA Real Estate | A | Distribution | K | W | | | | | |
| 512. -J&S Realty Markham - Ontario Real Est | A | Distribution | K | W | | | | | |
| 513. Bank Accts -- | | | | | | | | | |
| 514. -Mellon Bank N. A. | A | Interest | N | T | | | | | |
| 515. -PNC Bank | C | Interest | O | T | | | | | |
| 516. Trust #5 (100% Income Interest) | E | Div & Int | P1 | T | | | M | G | See Section VIII #1 |
| 517. -Blackrock MM Munifund # K-1 | | | | | Mon Mkt Inv | | | | |
| 518. -Blackrock MM Tempfund # H1 | | | | | Buy | 06/30/04 | | | See Section VIII #3 |
| 519. -Apache Corp | | | | | Buy | 12/06/10 | | | |
| 520. -Apple Inc | | | | | Buy | 07/15/10 | | | |
| 521. -Bank of America Corp | | | | | | | | | |
| 522. -Bard C R Inc | | | | | | | | | |
| 523. -Baxter Intl Inc | | | | | | | | | |
| 524. -BP PLC Spons ADR | | | | | Sold | 05/07/10 | | | |
| 525. -Bristol Meyers Squibb Co | | | | | | | | | |
| 526. -Coca Cola Co | | | | | Sold (part) | 12/06/10 | | | |
| 527. -Del Monte Foods Co | | | | | Sold | 04/07/10 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 528. -Disney Walt Co | | | | | | | | | |
| 529. -Dow Chemical Co | | | | | | | | | |
| 530. -Exxon Mobil Corp | | | | | | | | | |
| 531. -FPL Group Inc (Name Change To Nextera Energy Inc) | | | | | | 06/03/10 | | | |
| 532. -Franklin Res Inc | | | | | | | | | |
| 533. -Frontier Communications Co (spin off From Verizon Comms) | | | | | Spinoff (from line 554) | 07/02/10 | | | |
| 534. -Frontier Communications Co | | | | | Sold | 07/16/10 | | | |
| 535. -General Electric Co | | | | | | | | | |
| 536. -Goldman Sachs Group Inc | | | | | Buy | 12/06/10 | | | |
| 537. -H J Heinz Co | | | | | | | | | |
| 538. -Intel Corp | | | | | Sold (part) | 12/06/10 | | | |
| 539. -Ishares Trst MSCI Emerg Mkts Index Fd | | | | | | | | | |
| 540. -Johnson & Johnson | | | | | | | | | |
| 541. -Master Card | | | | | | | | | |
| 542. -McDonalds Corp Cl A | | | | | | | | | |
| 543. -Microsoft Corp | | | | | Sold (part) | 12/06/10 | | | |
| 544. -JP Morgan Chase & Co | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 545. -Motorola Inc | | | | | Sold<br>(part) | 04/07/10 | | | |
| 546. -Motorola Inc | | | | | Sold | 07/15/10 | | | |
| 547. -Nextera Energy Inc (Name Change From FPL Group Inc) | | | | | | 06/03/10 | | | |
| 548. -Nike Inc Cl B | | . | | | | | | | |
| 549. -Perkins Mid Cap Value (Name Chg Fr Janus Mid Cap Value) | | | | | | 07/01/09 | | | See Section VIII #7 |
| 550. -Schlumberger Ltd | | | | | Sold<br>(part) | 12/06/10 | | | |
| 551. -3M Co | | | | | Sold<br>(part) | 12/06/10 | | | |
| 552. -The Travelers Co | | | | | | | | | |
| 553. -Time Warner Inc | | | | | Closed | | | | See Section VIII #8 |
| 554. -Verizon (Spinoff of Frontier Communications) | | | | | | 07/02/10 | | | |
| 555. -Wal-Mart Stores | | | | | | | | | |
| 556. -Waste Management Inc | | | | | Buy | 12/06/10 | | | |
| 557. -Wells Fargo & Co New | | | | | | | | | |
| 558. -Calamos Growth Fund H606 | | | | | | | | | |
| 559. -Janus Mid Cap Value #67 (Name Chg To Perkins Mid Cap Value) | | | | | | 07/01/09 | | | See Section VIII #7 |
| 560. -Vanguard FTSE All World Ex-US Index Fd | | | | | | | | | |
| 561. Trust #6 (100% Income Interest) | F | Int./Div. | P1 | T | | | O | G | See Section VIII #1 |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 562. -Blackrock MM Munifund # K1 | | | | | Mon Mkt Inv | | | | |
| 563. -Blackrock MM Tempfund # H1 | | | | | Buy | 06/30/04 | | | See Section VIII #3 |
| 564. -Abbott Laboratories Inc | | | | | Sold (part) | 12/06/10 | | | |
| 565. -Apache Corp | | | | | Buy | 12/06/10 | | | |
| 566. -Apple Inc | | | | | Buy | 07/15/10 | | | |
| 567. -Bank of America Corp | | | | | Buy (add'l) | 07/15/10 | | | |
| 568. -Bard C R Inc | | | | | | | | | |
| 569. -BP PLC Spons ADR | | | | | Sold | 05/07/10 | | | |
| 570. -Bristol Myers Squibb Co | | | | | | | | | |
| 571. -Coca Cola Co | | | | | | | | | |
| 572. -El Dupont deNemours | | | | | | | | | |
| 573. -Emerson Electric Co | | | | | Sold (part) | 12/06/10 | | | |
| 574. -Exxon Mobil Corp | | | | | | | | | |
| 575. -FPL Group Inc (Name Change To Nextera Energy Inc) | | | | | | 06/03/10 | | | |
| 576. -Franklin Res Inc | | | | | | | | | |
| 577. -Frontier Communications Co (spin off From Verizon Comms) | | | | | Spinoff (from line 600) | 07/02/10 | | | |
| 578. -Frontier Communications Co | | | | | Sold | 07/16/10 | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579. -General Mills Inc | | | | | Buy | 12/06/10 | | | |
| 580. -Golman Sachs Group Inc | | | | | | | | | |
| 581. -Google Inc Cl A | | | | | | | | | |
| 582. -Home Depot Inc | | | | | Sold (part) | 12/06/10 | | | |
| 583. -Intel Corp | | | | | | | | | |
| 584. -Ishares Trust MSCI Emerg Mkts Index Fd | | | | | | | | | |
| 585. -JP Morgan Chase & Co | | | | | | | | | |
| 586. -Kimberly-Clark Corp | | | | | Buy | 12/06/10 | | | |
| 587. -Master Card Inc Cl A | | | | | | | | | |
| 588. -McDonalds Corp | | | | | | | | | |
| 589. -Microsoft Corp | | | | | | | | | |
| 590. -Motorola Inc | | | | | Sold | 07/15/10 | | | |
| 591. -Nextera Energy Inc (Name Change From FPL Group Inc) | | | | | | 06/03/10 | | | |
| 592. -Pfizer Inc | | | | | Sold | 07/15/10 | | | |
| 593. -Phelps Dodge Corp | | | | | Closed | 03/17/07 | | | See Section VIII #9 |
| 594. -PPG Industries Inc | | | | | | | | | |
| 595. -Proctor & Gamble Co | | | | | | | | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. -Qualcomm Inc | | | | | | | | | |
| 597. -Schlumberger Ltd | | | | | | | | | |
| 598. -3M Company | | | | | Sold (part) | 12/06/10 | | | |
| 599. -Vanguard FTSE All World Ex-US Index Fd | | | | | | | | | |
| 600. -Verizon (Spinoff of Frontier Communications) | | | | | | 07/02/10 | | | |
| 601. -Wal-Mart Stores Inc | | | | | | | | | |
| 602. -Waste Management Inc | | | | | Buy | 12/06/10 | | | |
| 603. -Wells Fargo & Co New | | | | | | | | | |
| 604. -Zimmer Holdings Inc | | | | | | | | | |
| 605. Trust #7 (No Income Rec'd) | | None | P2 | T | | | P1 | G | See Section VIII #1 |
| 606. -Blackrock MM Munifund # K1 | | | | | Mon Mkt Inv | | | | |
| 607. -Blackrock MM Tempfund # H1 | | | | | Buy | 06/30/04 | | | See Section VIII #3 |
| 608. -Cumberland Cnty PA 3.375 - 2015 | | | | | | | | | |
| 609. -Forest Area Sch Dist PA 3.3-2012 | | | | | Matured | 11/08/10 | | | |
| 610. -Indiana St Fin Auth Rev 4.0-2011 | | | | | | | | | |
| 611. -Monroe Twp PA 3.0- 2010 | | | | | Matured | 08/02/10 | | | |
| 612. -N Coventry Twp PA 3.15 - 2014 | | | | | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | O =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 613. -Okaloosa Cnty FL Sch Bd 3.5 -2013 | | | | | | | | | |
| 614. -Pine Grove Area Sch Distg 3.25-2015 | | | | | | | | | |
| 615. -Scranton Penn Ser A 3.0 - 2010 | | | | | Matured | 09/01/10 | | | |
| 616. -St Pub Sch Bldg Auth Red Bnk 3.75-2011 | | | | | | | | | |
| 617. -Susquehanna Twp PA Sch Dist 3.3-2015 | | | | | | | | | |
| 618. -Up Perkiomen Sch Dst 3.85-2014 | | | | | | | | | |
| 619. -Washtenaw Mich Cmnty College 3.5-2010 | | | | | Matured | 04/01/10 | | | |
| 620. -Wilmington NC Wtr & Sewer 3.75-2012 | | | | | | | | | |
| 621. -Agilent Tech Inc | | | | | | | | | |
| 622. -Allergan Inc | | | | | | | | | |
| 623. -American Express Co | | | | | | | | | |
| 624. -Apache Corp | | | | | Buy | 12/06/10 | | | |
| 625. -Apple Inc | | | | | Buy | 07/15/10 | | | |
| 626. -Apple Inc | | | | | Buy (add'l) | 12/06/10 | | | |
| 627. -Bank of America Corp | | | | | Buy (add'l) | 07/15/10 | | | |
| 628. -Bard C R Inc | | | | | Buy | 12/01/08 | | | See Section VIII #3 |
| 629. -ChevronTexaco Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. -Coca Cola Corp | | | | | | | | | |
| 631. -Walt Disney Co | | | | | Sold (part) | 12/06/10 | | | |
| 632. -Dominion Resources Inc VA | | | | | | | | | |
| 633. -Dow Chemical | | | | | | | | | |
| 634. -Emerson Electric Co | | | | | Sold (part) | 12/06/10 | | | |
| 635. -Franklin Res Inc | | | | | | | | | |
| 636. -FPL Group Inc (Name Change To Nextera Energy Inc) | | | | | | 06/03/10 | | | |
| 637. -Frontier Communications Co (spin off From Verizon) | | | | | Spinoff (from line 664) | 07/02/10 | | | |
| 638. -Frontier Communications Co | | | | | Sold | 07/16/10 | | | |
| 639. -General Electric Co | | | | | | | | | |
| 640. -General Mills | | | | | Buy | 12/06/10 | | | |
| 641. -Goldman Sachs Group Inc | | | | | Buy (add'l) | 12/06/10 | | | |
| 642. -Google Inc | | | | | | | | | |
| 643. -Hanesbrands | | | | | | | | | |
| 644. -Hewlett-Packard Co | | | | | Sold (part) | 07/15/10 | | | |
| 645. -Hewlett-Packard Co | | | | | Sold (part) | 12/06/10 | | | |
| 646. -Int'l Business Machines Corp | | | | | Sold (part) | 07/15/10 | | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | F =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. -Int'l Business Machines Corp | | | | | Sold (part) | 12/06/10 | | | |
| 648. -Intel Corp | | | | | Sold (part) | 07/15/10 | | | |
| 649. -Ishares Trust MSCI Emerg Mkts Index Fd | | | | | | | | | |
| 650. -JP Morgan Chase & Co | | | | | | | | | |
| 651. -Marriott Int'l Inc | | | | | | | | | |
| 652. -Mastercard Inc Cl A | | | | | Buy | 12/01/08 | | | See Section VIII #3 |
| 653. -McDonalds Corp | | | | | Buy | 12/01/08 | | | See Section VIII #3 |
| 654. -Medco Hlth Solutions Inc | | | | | | | | | |
| 655. -Nextera Energy Inc (Name Change From FPL Group Inc) | | | | | | 06/03/10 | | | |
| 656. -Norfolk Southern Corp | | | | | | | | | |
| 657. -Pfizer Inc | | | | | | | | | |
| 658. -Procter & Gamble Co | | | | | | | | | |
| 659. -Sara Lee Corp | | | | | | | | | |
| 660. -Schlumberger Ltd | | | | | Buy (add'l) | 07/15/10 | | | |
| 661. -Schlumberger Ltd | | | | | Buy (add'l) | 12/06/10 | | | |
| 662. -3M Co | | | | | Sold (part) | 12/06/10 | | | |
| 663. -Vanguard FTSE All World Ex-US Index Fd) | | | | | | | | | |

1. Income Gain Codes.        A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E = $15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
   (See Column C2)            U =Book Value             V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 664. -Verizon (Spinoff of Frontier Communications) | | | | | | 06/03/10 | | | |
| 665. -Waste Management Inc | | | | | Buy | 12/06/10 | | | |
| 666. -Wells Fargo & Co New | | | | | | | | | |
| 667. -Weyerhauser Co | | | | | Sold (part) | 09/15/10 | | | |
| 668. Trust #8-A (GST Exempt Trust) | E | Div & Int | O | T | | | N | E | See Section VIII #1 |
| 669. -BNY Mellon Nat'l Muni MM Fund M | | | | | Mon Mkt Inv | | | | |
| 670. -AT & T Inc | | | | | | | | | |
| 671. -Accenture Ltd | | | | | Sold | 01/11/10 | | | |
| 672. -Alliance Data Sys Corp | | | | | | | | | |
| 673. -Allscripts-Misys Healthcare Solution | | | | | Buy | 08/20/10 | | | |
| 674. -American Express | | | | | Buy | 06/24/10 | | | |
| 675. -American Express | | | | | Buy (add'l) | 07/09/10 | | | |
| 676. -Amerprise Finl Inc | | | | | | | | | |
| 677. -Amgen Inc | | | | | Sold (part) | 02/18/10 | | | |
| 678. -Amgen Inc | | | | | Sold | 08/13/10 | | | |
| 679. -Amylin Pharmaceuticals Inc | | | | | Buy | 05/11/10 | | | |
| 680. -Amylin Pharmaceuticals Inc | | | | | Buy (add'l) | 06/23/10 | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. -Anadarko Petroleum Corp | | | | | Buy | 06/23/10 | | | |
| 682. -Apache Corp | | | | | | | | | |
| 683. -Apple Inc | | | . | | Sold (part) | 01/26/10 | | | |
| 684. -Apple Inc | | | | | Buy (add'l) | 04/28/10 | | | |
| 685. -Autoliv Inc | | | | | Sold (part) | 09/22/10 | | | |
| 686. -Bank of America Corp | | | | | Buy (add'l) | 05/11/10 | | | |
| 687. -Bank of America Corp | | | | | Buy (add'l) | 09/16/10 | | | |
| 688. -Blackrock Inc | | | | | Sold | 09/16/10 | | | |
| 689. -Capital One Financial | | | | | Buy | 01/22/10 | | | |
| 690. -Capital One Financial | | | | | Buy (add'l) | 07/09/10 | | | |
| 691. -Capital One Financial | | | | | Buy (add'l) | 10/05/10 | | | |
| 692. -Carnival Corp | | | | | Buy | 07/07/10 | | | |
| 693. -Caterpillar Inc | | | | | Buy | 06/21/10 | | | |
| 694. -Chubb Corp | | | | | | | | | |
| 695. -Cigna Corp | | | | | | | | | |
| 696. -Cisco Systems Inc | | | | | | | | | See Section VIII #10 |
| 697. -Cisco Systems Inc | | | | | Sold (part) | 03/08/10 | | | |

1. Income Gain Codes:    A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                           P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 698. -Cisco Systems Inc | | | | | Sold (part) | 11/17/10 | | | |
| 699. -Cit Group Inc | | | | | Sold | 05/07/08 | | | See Section VIII # 3 |
| 700. -Coca Cola | | | | | Sold | 05/11/10 | | | |
| 701. -Comerica Inc | | | | | Buy | 09/10/10 | | | |
| 702. -Concophillips | | | | | | | | | See Section VIII #10 |
| 703. -Cummins Inc | | | | | Sold (part) | 09/10/10 | | | |
| 704. -Cvs Caremark Corp | | | | | Sold (part) | 01/13/10 | | | |
| 705. -Cvs Caremark Corp | | | | | Sold (part) | 06/24/10 | | | |
| 706. -Cvs Caremark Corp | | | | | Sold (part) | 08/20/10 | | | |
| 707. -Danaher Corp | | | | | | | | | |
| 708. -DuPont El De Nemours | | | | | | | | | |
| 709. -EMC Corp Mass | | | | | Buy (add'l) | 04/28/10 | | | |
| 710. -EMC Corp Mass | | | | | Sold (part) | 10/05/10 | | | |
| 711. -Eaton Corp | | . | | | Sold | 12/09/08 | | | See Section VIII # 6 |
| 712. -Energizer Hldgs Inc | | | | | Buy | 11/17/10 | | | |
| 713. -Exelon Corp | | | | | Sold | 08/27/10 | | | |
| 714. -Exxon Mobil Corp | | | | | | | | | |

1. Income Gain Codes.  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. -Fedex Corp | | | | | Sold | 06/21/10 | | | |
| 716. -First Horizon Nat'l Corp | | | | | Sold | 01/29/10 | | | |
| 717. -Ford Motor Co | | | | | Buy | 11/26/10 | | | |
| 718. -Franklin Res Inc | | | | | | | | | |
| 719. -Gap Inc | | | | | Buy | 01/13/10 | | | |
| 720. -Gap Inc | | | | | Sold | 07/09/10 | | | |
| 721. -General Electric Co | | | | | | | | | |
| 722. -Google Inc | | | | | | | | | |
| 723. -Halliburton Co | | | | | | | | | |
| 724. -Hess Corp | | | | | | | | | |
| 725. -Hewlett Packard Co | | | | | Sold | 08/16/10 | | | |
| 726. -Home Depot | | | | | Sold (part) | 05/25/10 | | | |
| 727. -Home Depot | | | | | Sold (part) | 06/02/10 | | | |
| 728. -Honeywell Intl Inc | | | | | | | | | |
| 729. -Hospira Inc | | | | | | | | | |
| 730. -Human Genome Sciences Inc | | | | | Buy (add'l) | 02/18/10 | | | |
| 731. -IBM Corp | | | | | Buy (add'l) | 08/16/10 | | | |

1. Income Gain Codes:      A =$1,000 or less           B =$1,001 - $2,500         C =$2,501 - $5,000         D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
   (See Column C2)           U =Book Value              V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 732. -Informatica Corp | | | | | Buy | 08/16/10 | | | |
| 733. -JP Morgan Chase & Co | | | | | | | | | |
| 734. -Juniper Networks Inc | | | | | Sold | 01/11/10 | | | |
| 735. -Kbr Inc | | | | | Sold | 09/10/10 | | | |
| 736. -Limited Brands | | | | | Buy | 11/26/10 | | | |
| 737. -McKesson Corp | | | | | Buy (add'l) | 01/07/10 | | | |
| 738. -Medtronic Inc | | | | | | | | | |
| 739. -Merck & Co | | | | | Sold (part) | 09/22/10 | | | |
| 740. -Microsoft Corp | | | | | Buy (add'l) | 01/26/10 | | | |
| 741. -Morgan Stanley | | | | | | | | | |
| 742. -Motorola Inc | | | | | Buy | 08/17/10 | | | |
| 743. -Newell Rubbermaid Inc | | | | | Buy | 09/22/10 | | | |
| 744. -News Corp Inc | | | | | | | | | |
| 745. -Nextera Energy Inc | | | | | Buy | 08/27/10 | | | |
| 746. -Nordstrom Inc | | | | | Buy | 07/09/10 | | | |
| 747. -Nordstorm Inc | | | | | Buy (add'l) | 08/12/10 | | | |
| 748. -Nokal Corp-Spon ADR | | | | | Closed | | | | See Section VIII #11 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. -Norfolk Southern Corp | | | | | | | | | |
| 750. -Occidential Petro Corp | | | | | Buy (add'l) | 06/16/10 | | | |
| 751. -Omnicom Group Inc | | | | | | | | | |
| 752. -Oracle Corp | | | | | Buy (add'l) | 10/05/10 | | | |
| 753. -Parker Hannifin Corp | | | | | Buy | 12/29/08 | | | See Section VIII #3 |
| 754. -Parker Hannifin Corp | | | | | Sold | 06/23/10 | | | |
| 755. -Pepsico Inc | | | | | | | | | |
| 756. -Pfizer Inc | | | | | | | | | |
| 757. -Praxair Inc | | | | | | | | | |
| 758. -Procter & Gamble Co | | | | | | | | | |
| 759. -Public Svc Enterprise Group Inc | | | | | Buy | 01/07/10 | | | |
| 760. -Public Svc Enterprise Group Inc | | | | | Buy (add'l) | 05/25/10 | | | |
| 761. -Qualcomm Inc | | | | | Buy | 01/11/10 | | | |
| 762. -Qualcomm Inc | | | | | Buy (add'l) | 03/08/10 | | | |
| 763. -Qualcomm Inc | | | | | Sold (part) | 04/28/10 | | | |
| 764. -Qualcomm Inc | | | | | Buy (add'l) | 08/16/10 | | | |
| 765. -Raytheon Co | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 766. -Schwab Charles Corp New | | | | | | | | | |
| 767. -Sempra Energy | | | | | Sold | 01/07/10 | | | |
| 768. -Target Corp | | | | | Sold (part) | 08/12/10 | | | |
| 769. -Textron Inc | | | | | | | | | |
| 770. -Thermo Fisher Scientific Inc | | | | | | | | | |
| 771. -Time Warner Inc | | | | | Buy (add'l) | 01/13/10 | | | |
| 772. -Time Warner Inc | | | | | Sold (part) | 07/07/10 | | | |
| 773. -Tyco Intl Ltd | | | | | Sold (part) | 09/08/10 | | | |
| 774. -Unilever PLC ADR | | | | | Buy (add'l) | 06/02/10 | | | |
| 775. -Vale SA-Sp ADR | | | | | | | | | |
| 776. -Vertex Pharmaceuticals Inc | | | | | Sold (part) | 01/13/10 | | | |
| 777. -Vertex Pharmaceuticals Inc | | | | | Sold | 06/24/10 | | | |
| 778. -Verizon | | | | | Sold | 12/09/08 | | | See Section VIII #3 |
| 779. -Visa Inc Cl A | | | | | Buy | 01/30/09 | | | See Section VIII #3 |
| 780. -Visa Inc Cl A | | | | | Sold | 08/17/10 | | | |
| 781. -Wells Fargo & Co New | | | | | Buy (add'l) | 08/13/10 | | | |
| 782. -Wells Fargo & Co New | | | | | Buy (add'l) | 09/16/10 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 783. -Whirlpool Corp | | | | | Sold | 11/26/10 | | | |
| 784. -XTO Energy Inc | | | | | Sold | 06/16/10 | | | |
| 785. -Lycoming Cnty PA 3.875 - 2018 | | | | . | | | | | |
| 786. -Milford Twp PA 3.4 - 2016 | | | | | | | | | |
| 787. -Shaler PA Area Sch Dist 3.3 - 2016 | | | | | | | | | |
| 788. -Dreyfus Prem LT Hi Yld | | | | | | | | | |
| 789. -Ishares MSCI Emerging Mkts Index Fd | | | | | Buy (add'l) | 08/11/10 | | | |
| 790. -Ishares MSCI EAFE Index Fd | | | | | | | | | |
| 791. -Ishares S&P Midcap 400 | | | | | Sold (part) | 08/11/10 | | | |
| 792. -Ishares Tr S&P Small Cap 600 | | | | | Sold (part) | 08/11/10 | | | |
| 793. Trust #8-B (GST Non-Exempt) | G | Div & Int | P1 | T | | | P1 | E | See Section VIII #1 |
| 794. -BNY Mellon Nat'l Muni MM Fund M | | | | | Mon Mkt Inv | | | | |
| 795. -Allegheny Cnty PA Hosp Dev Alleg Gen Hosp 7.375-2012 | | | | | | | | | |
| 796. -Allegheny Cnty PA Port Auth SPL Rev 5.0-2021 | | | | | | | | | |
| 797. -Athens PA Area Sch Dist 4.5-2014 | | | | | | | | | |
| 798. -Bensalem Twp PA 3.5-2012 | | | | . | | | | | |
| 799. -Chester Cnty PA Health & Ed 4.0-2020 | | | | | Buy | 07/29/10 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 800. -Columbia Boro PA Sch 4.0-2027 | | | | | Buy | 07/19/10 | | | |
| 801. -Council Rock PA Sch Dist 4.0-2017 | | | | | | | | | |
| 802. -East Stroudsburg PA AR 4.0-2022 | | | | | | | | | |
| 803. -Lancaster PA Area Swr 3.4-2012 | | | | | | | | | |
| 804. -Laurel Highlands PA 3.625-2011 | | | | | | | | | |
| 805. -Manchester Twp PA 3.125-2019 | | | | | Buy | 04/20/10 | | | |
| 806. -Ontelauee Twp PA Muni 4.1-2023 | | | | | | | | | |
| 807. -PA St Higher Edl Facs Auth 4.65-2018 | | | | | | | | | |
| 808. -PA St Higher Edl Facs Auth 4.0-2010 | | | | | Matured | 07/01/10 | | | |
| 809. -Pennsbury Penn Sch 3.375-2011 | | | | | | | | | |
| 810. -Philadelphia PA Gas Wks Rev Second Ser 5.0-2011 | | | | | | | | | |
| 811. -Shenandoah Valley Sch Dist PA 4.0-2021 | | | | | | | | | |
| 812. -Snyder Cnty PA Higher 3.85-2016 | | | | | | | | | |
| 813. -Springettsbury Twp PA 4.0-2024 | | | | | Buy | 02/16/10 | | | |
| 814. -State Pub Sch Bldg Auth PA College 4.125-2025 | | | | | Buy | 05/17/10 | | | |
| 815. -State Pub Sch Bldg PA College 2.6-2010 | | | | | Matured | 07/15/10 | | | |
| 816. -Upper Merion PA 4.0-2013 | | | | | Sold | 02/16/10 | | | |

1. Income Gain Codes:       A =$1,000 or less        B =$1,001 - $2,500       C =$2,501 - $5,000       D - $5,001 - $15,000       E –$15,001 - $50,000
   (See Columns B1 and D4)   F -$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 >More than $5,000,000
2. Value Codes               J =$15,000 or less        K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal             R =Cost (Real Estate Only)   S =Assessment             T =Cash Market
   (See Column C2)            U =Book Value            V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 817. -Wash Cnty PA Auth Rev Girard College 4.45-2010 | | | | | Matured | 05/07/10 | | | |
| 818. -W Perry Penn Sch 3.4-2013 | | | | | Sold | 04/01/10 | | | |
| 819. -AT & T | | | | | | | | | |
| 820. -Accenture Ltd | | | | | Sold | 01/11/10 | | | |
| 821. -Alliance Data Sys Corp | | | | | | | | | |
| 822. -Allscripts-Misys Healthcare Solution | | | | | Buy | 08/20/10 | | | |
| 823. -American Express Co | | | | | Buy | 06/24/10 | | | |
| 824. -American Express Co | | | | | Buy (add'l) | 07/09/10 | | | |
| 825. -American Intl Group | | | | | Sold | 08/13/08 | | | See Section VIII #3 |
| 826. -Amerprise Finl Inc | | | | | | | | | |
| 827. -Amgen Inc | | | | | Sold (part) | 02/18/10 | | | |
| 828. -Amgen Inc | | | | | Sold | 08/13/10 | | | |
| 829. -Amylin Pharmaceuticals Inc | | | | | Buy | 05/11/10 | | | |
| 830. -Amylin Pharmaceuticals Inc | | | | | Buy (add'l) | 06/23/10 | | | |
| 831. -Anadarko Petroleum Corp | | | | | Buy | 06/23/10 | | | |
| 832. -AOL Inc | | | | | Sold | 01/07/10 | | | |
| 833. -Apache Corp | | | | | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. -Apple Inc | | | | | Sold (part) | 01/26/10 | | | |
| 835. -Apple Inc | | | | | Buy (add'l) | 04/28/10 | | | |
| 836. -Auto Liv Inc | | | | | Sold (part) | 09/22/10 | | | |
| 837. -Bank of America Corp | | | | | Buy (add'l) | 05/11/10 | | | |
| 838. -Bank of America Corp | | | | | Buy (add'l) | 09/16/10 | | | |
| 839. -Blackrock Inc | | | | | Sold | 09/16/10 | | | |
| 840. -Capital One Financial Corp | | | | | Buy | 01/22/10 | | | |
| 841. -Capital One Financial Corp | | | | | Buy (add'l) | 07/09/10 | | | |
| 842. -Capital One Financial Corp | | | | | Buy (add'l) | 10/05/10 | | | |
| 843. -Carnival Corp | | | | | Buy | 07/07/10 | | | |
| 844. -Caterpillar Inc | | | | | Buy | 06/21/10 | | | |
| 845. -Chubb Corp | | | | | | | | | |
| 846. -Cigna Corp | | | | | | | | | |
| 847. -Cisco Systems | | | | | Sold (part) | 03/08/10 | | | |
| 848. -Cisco Systems | | | | | Sold (part) | 11/17/10 | | | |
| 849. -Coca Cola Enterprises Inc | | | | | Sold | 05/11/10 | | | |
| 850. -Comerica Inc | | | | | Buy | 09/10/10 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 851. -Concophillips | | | | | | | | | |
| 852. -Cummins Inc | | | | | Sold (part) | 09/10/10 | | | |
| 853. -CVS Caremark Corp | | | | | Sold (part) | 01/13/10 | | | |
| 854. -CVS Caremark Corp | | | | | Sold (part) | 06/24/10 | | | |
| 855. -CVS Caremark Corp | | . | | | Sold (part) | 08/20/10 | | | |
| 856. -Danaher Corp | | | | | | | | | |
| 857. -Dreyfus Premier Limited Term High Yield Fund Cl 1 | | | | | Buy | 06/17/09 | | | See Section VIII #3 |
| 858. -DuPont EI DeNemours | | | | | | | | | |
| 859. -EMC Corp | | | | | Buy (add'l) | 04/28/10 | | | |
| 860. -EMC Corp | | | | | Sold (part) | 10/05/10 | | | |
| 861. -Energizer Holdings Inc | | | | | Buy | 11/17/10 | | | |
| 862. -Exelon Corp | | | | | Sold | 08/27/10 | | | |
| 863. -Exxon Mobil Corp | | | | | | | | | |
| 864. -Fedex Corp | | | | | Sold | 06/21/10 | | | |
| 865. -First Horizon Natl Corp | | | | | Sold | 01/29/10 | | | |
| 866. -Ford Motor Co | | | | | Buy | 11/26/10 | | | |
| 867. -Franklin Res Inc | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 868. -Gap Inc | | | | | Buy (add'l) | 01/13/10 | | | |
| 869. -Gap Inc | | | | | Sold | 07/09/10 | | | |
| 870. -General Electric | | | | | | | | | |
| 871. -Google Inc | | | | | | | | | |
| 872. -Halliburton Co | | | | | | | | | |
| 873. -Hess Corp | | | | | | | | | |
| 874. -Hewlett Packard Co | | | | | Sold | 08/16/10 | | | |
| 875. -Home Depot Inc | | | | | Sold (part) | 05/25/10 | | | |
| 876. -Home Depot Inc | | | | | Sold (part) | 06/02/10 | | | |
| 877. -Honeywell Int'l Inc | | | | | | | | | |
| 878. -Hospiria Inc | | | | | | | | | |
| 879. -Human Genome Sciences Inc | | | | | Buy (add'l) | 02/18/10 | | | |
| 880. -IBM Corp | | | | | Buy (add'l) | 08/16/10 | | | |
| 881. -Informatica Corp | | | | | Buy | 08/16/10 | | | |
| 882. -JP Morgan Chase & Co | | | | | | | | | |
| 883. -Juniper Networks Inc | | | | | Sold | 01/11/10 | | | |
| 884. -Kbr Inc | | | | | Sold | 09/10/10 | | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 885. -Limited Brands Inc | | | | | Buy | 11/26/10 | | | |
| 886. -McKesson Corp | | | | | Buy (add'l) | 01/07/10 | | | |
| 887. -Medtronic Inc | | | | | | | | | |
| 888. -Merck & Co | | | | | Sold (part) | 09/22/10 | | | |
| 889. -Microsoft Corp | | | | | Buy (add'l) | 01/26/10 | | | |
| 890. -Morgan Stanley | | | | | | | | | |
| 891. -Motorola Inc | | | | | Buy | 08/17/10 | | | |
| 892. -New York Fire-Shield Inc | | | | | | | | | |
| 893. -Newell Rubbermaid Inc | | | | | Buy | 09/22/10 | | | |
| 894. -News Corp Inc | | | | | | | | | |
| 895. -Nextera Energy Inc | | | | | Buy | 08/27/10 | | | |
| 896. -Nordstrom Inc | | | | | Buy | 07/09/10 | | | |
| 897. -Nordstrom Inc | | | | | Buy (add'l) | 08/12/10 | | | |
| 898. -Norfolk Southern Corp | | | | | | | | | |
| 899. -Occidental Petro Corp | | | | | Buy (add'l) | 06/16/10 | | | |
| 900. -Omnicom Group Inc | | | | | | | | | |
| 901. -Oracle Corp | | | | | Buy (add'l) | 10/05/10 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 902. -Parker Hannifin Corp | | | | | Sold | 06/23/10 | | | |
| 903. -Pepsico Inc | | | | | | | | | |
| 904. -Pfizer Inc | | | | | | | | | |
| 905. -Praxair Inc | | | | | | | | | |
| 906. -Procter & Gamble Co | | | | | | | | | |
| 907. -Public Svc Enterprise Group Inc | | | | | Buy | 01/07/10 | | | |
| 908. -Public Svc Enterprise Group Inc | | | | | Buy (add'l) | 05/25/10 | | | |
| 909. -Qualcomm Inc | | | | | Buy (add'l) | 01/11/10 | | | |
| 910. -Qualcomm Inc | | | | | Buy (add'l) | 03/08/10 | | | |
| 911. -Qualcomm Inc | | | | | Sold (part) | 04/28/10 | | | |
| 912. -Qualcomm Inc | | | | | Buy (add'l) | 08/16/10 | | | |
| 913. -Raytheon Co | | | | | | | | | |
| 914. -Schwab Charles Corp New | | | | | | | | | |
| 915. -Sempra Energy | | | | | Sold | 01/07/10 | | | |
| 916. -Supervalu Inc | | | | | Sold | 07/28/08 | | | See Section VIII #6 |
| 917. -Target Corp | | | | | Sold (part) | 08/12/10 | | | |
| 918. -Terex Corp New | | | | | Sold | 10/24/08 | | | See Section VIII #3 |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. -Textron Inc | | | | | | | | | |
| 920. -Thermo Fisher Scientific Inc | | | | | | | | | |
| 921. -Time Warner Inc | | | | | Buy (add'l) | 01/13/10 | | | |
| 922. -Time Warner Inc | | | | | Sold (part) | 07/07/10 | | | |
| 923. -Travelers Cos Inc | | | | | Sold | 05/16/08 | | | See Section VIII #6 |
| 924. -Tyco Int'l Ltd | | | | | Sold (part) | 09/08/10 | | | |
| 925. -Unilever PLC ADR | | | | | Buy (add'l) | 06/02/10 | | | |
| 926. -Vale SA-Sp | | | | | | | | | |
| 927. -Veretex Pharmaceuticals Inc | | | | | Sold (part) | 01/13/10 | | | |
| 928. -Veretex Pharmaceuticals Inc | | | | | Sold | 06/24/10 | | | |
| 929. -Verizon Comm | | | | | Sold | 06/18/08 | | | See Section VIII #3 |
| 930. -Visa Inc Cl A | | | | | Sold | 08/17/10 | | | |
| 931. -Wells Fargo & Co | | | | | Buy (add'l) | 08/13/10 | | | |
| 932. -Wells Fargo & Co | | | | | Buy (add'l) | 09/16/10 | | | |
| 933. -Whirlpool Corp | | | | | Sold | 11/26/10 | | | |
| 934. -Xto Energy Inc | | | | | Sold | 06/16/10 | | | |
| 935. -Zimmer Hldgs Inc | | | | | Sold | 05/16/08 | | | See Section VIII #3 |

1. Income Gain Codes.  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. -Ishares MSCI Emerg Mkts Index Fd | | | | | Buy (add'l) | 08/11/10 | | | |
| 937. -Ishares MSCI EAFE Index FD | | | | | | | | | |
| 938. -Ishares S&P Midcap 400 | | | | | Sold (part) | 08/11/10 | | | |
| 939. -Ishares Tr S&P Small Cap 600 | | | | | | | | | |
| 940. -Royalty Int Goose Creek Dist, Harris Co TX | | | | | | | | | |
| 941. -Royalty Pmts-Cetus Health Care Ltd Partnership II | | | | | Closed | 05/12/08 | | | Worthless |
| 942. Trust #9 (GST Exempt) | G | Int./Div. | P1 | T | | | J | C | See Section VIII #1 |
| 943. -BNY Mellon Natl Muni MM Funds M | | | | | Mon Mkt Inv | | | | |
| 944. -Riverfront Cap Fund LP | | | | | | | | | |
| 945. -Wells Fargo & Co New | | | | | Sold | 05/07/08 | | | See Section VIII #3 |
| 946. -Dreyfus Premium Ltd T H | | | | | | | | | |
| 947. -Ishares MSCI EAFE Index Fd | | | | | | | | | |
| 948. -Ishares MSCI Emerging Markets Index Fund | | | | | Buy | 12/05/08 | | | See Section VIII #3 |
| 949. -Ishares Tr S&P Small Cap 600 | | | | | | | | | |
| 950. -Spdr Trust Series 1 | | | | | Sold (part) | 11/23/10 | | | |
| 951. -Midcap Spdr Tr Unit Ser 1 | | | | | | | | | |
| 952. Trust #10 (GST Non-Exempt) | E | Int./Div. | P1 | T | | | O | B | See Section VIII #1 |

1. Income Gain Codes. (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. -BNY Mellon Natl Muni MM Funds M | | | | | Mon Mkt Inv | | | | |
| 954. -Allegheny Cnty PA 3.0-2010 | | | | | Matured | 11/01/10 | | | |
| 955. -Allegheny Cnty PA Hosp Dev Auth 4.25-2023 | | | | | Buy | 04/07/10 | | | |
| 956. -Commonwealth Fing Auth PA 3.375-2025 | | | | | Buy | 11/01/10 | | | |
| 957. -Luzerne Cnty PA 2.85-2010 | | | | | Matured | 12/15/10 | | | |
| 958. -Monroe Cnty PA 4.4 - 2013 | | | | | | | | | |
| 959. -Norwin PA Sch Dist 4.5 - 2014 | | | | | Sold | 04/01/10 | | | |
| 960. -PA St 4.25-2025 | | | | | Buy | 11/23/10 | | | |
| 961. -PA St Higher 3.25 - 2011 | | | | | | | | | |
| 962. -Philadelphia PA Auth 4.6 - 2012 | | | | | | | | | |
| 963. -Portage PA Sch Dist 3.75-2023 | | | | | Buy | 02/16/10 | | | |
| 964. -Souderton PA Area Sch 3.5 -2015 | | | | | | | | | |
| 965. -South Side PA Sch Dist 3.45-2019 | | | | | Buy | 05/17/10 | | | |
| 966. -West Chester PA 3.25 -2011 | | | | | Sold | 05/17/10 | | | |
| 967. -Accenture Ltd | | | | | Sold | 01/11/10 | | | |
| 968. -Alliance Data Sys Corp | | | | | Sold (part) | 08/12/10 | | | |
| 969. -Allscripts-Misys Healthcare Solution | | | | | Buy | 08/20/10 | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 970. -American Express Co | | | | | Buy | 06/24/10 | | | |
| 971. -American Express Co | | | | | Buy (add'l) | 07/09/10 | | | |
| 972. -American Express Co | | | | | Sold (part) | 08/12/10 | | | |
| 973. -Amerprise Finl Inc | | | | | Sold (part) | 08/12/10 | | | |
| 974. -Amgen Inc | | | | | Sold (part) | 02/18/10 | | | |
| 975. -Amgen Inc | | | | | Sold | 08/13/10 | | | |
| 976. -Amylin Pharmaceuticals Inc | | | | | Buy | 05/11/10 | | | |
| 977. -Amylin Pharmaceuticals Inc | | | | | Buy (add'l) | 06/23/10 | | | |
| 978. -Amylin Pharmaceuticals Inc | | | | | Sold (part) | 08/12/10 | | | |
| 979. -Anadarko Petroleum Corp | | | | | Buy | 06/23/10 | | | |
| 980. -AOL Inc | | | | | Sold | 01/07/10 | | | |
| 981. -Apache Corp | | | | | Sold (part) | 08/12/10 | | | |
| 982. -Apple Inc | | | | | Sold (part) | 01/26/10 | | | |
| 983. -Apple Inc | | | | | Buy (add'l) | 04/28/10 | | | |
| 984. -Apple Inc | | | | | Sold (part) | 08/12/10 | | | |
| 985. -AT&T | | | | | Sold (part) | 08/12/10 | | | |
| 986. -Autoliv Inc | | | | | Sold (part) | 08/12/10 | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
   (See Column C2)             U =Book Value             V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 987. -Autoliv Inc | | | | | Sold (part) | 09/16/10 | | | |
| 988. -Bank of America Corp | | | | | Buy (add'l) | 05/11/10 | | | |
| 989. -Bank of America Corp | | | | | Sold (part) | 08/12/10 | | | |
| 990. -Bank of America Corp | | | | | Buy (add'l) | 09/16/10 | | | |
| 991. -Blackrock Inc | | | | | Sold (part) | 08/12/10 | | | |
| 992. -Blackrock Inc | | | | | Sold | 09/16/10 | | | |
| 993. -Capital One Financial Corp | | | | | Buy | 01/22/10 | | | |
| 994. -Capital One Financial Corp | | | | | Buy (add'l) | 07/09/10 | | | |
| 995. -Capital One Financial Corp | | | | | Sold (part) | 08/12/10 | | | |
| 996. -Capital One Financial Corp | | | | | Buy (add'l) | 10/05/10 | | | |
| 997. -Carnival Corp | | | | | Buy | 07/07/10 | | | |
| 998. -Carnival Corp | | | | | Buy (add'l) | 08/12/10 | | | |
| 999. -Caterpillar Inc | | | | | Buy | 06/21/10 | | | |
| 1000. -Chubb Corp | | | | | Sold (part) | 08/12/10 | | | |
| 1001. -Cigna Corp | | | | | Sold (part) | 08/12/10 | | | |
| 1002. -Cisco Systems Inc | | | | | Sold (part) | 03/08/10 | | | |
| 1003. -Cisco Systems Inc | | | | | Sold (part) | 08/12/10 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1004. -Cisco Systems Inc | | | | | Sold (part) | 11/17/10 | | | |
| 1005. -Citigroup Inc | | | | | Sold | 11/26/08 | | | See Section VIII #3 |
| 1006. -Coca Cola Enterprises Inc | | | | | Sold | 05/11/10 | | | |
| 1007. -Comerica Inc | | | | | Buy | 09/10/10 | | | |
| 1008. -Concophillips | | | | | Sold (part) | 08/12/10 | | | |
| 1009. -Cummins Inc | | | | | Sold (part) | 08/12/10 | | | |
| 1010. -Cummins Inc | | | | | Sold (part) | 09/10/10 | | | |
| 1011. -CVS Caremark Corp | | | | | Sold (part) | 01/13/10 | | | |
| 1012. -CVS Caremark Corp | | | | | Sold (part) | 06/24/10 | | | |
| 1013. -CVS Caremark Corp | | | | | Sold (part) | 08/20/10 | | | |
| 1014. -Danaher Corp | | | | | Sold (part) | 08/12/10 | | | |
| 1015. -DuPont E I DeNemours & Co | | | | | Sold (part) | 08/12/10 | | | |
| 1016. -EMC Corp Mass | | | | | Buy (add'l) | 04/28/10 | | | |
| 1017. -EMC Corp Mass | | | | | Sold (part) | 08/12/10 | | | |
| 1018. -EMC Corp Mass | | | | | Sold (part) | 10/05/10 | | | |
| 1019. -Energizer Holdings | | | | | Buy | 11/17/10 | | | |
| 1020. -Exelon Corp | | | | | Sold | 08/27/10 | | | |

1. Income Gain Codes:     A =$1,000 or less        B =$1,001 - $2,500       C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes            J =$15,000 or less       K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal             R =Cost (Real Estate Only)   S =Assessment                T =Cash Market
   (See Column C2)          U =Book Value            V =Other                 W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1021. -Exxon Mobil Corp | | | | | Sold<br>(part) | 08/12/10 | | | |
| 1022. -Fedex Corp | | | | | Sold | 06/21/10 | | | |
| 1023. -First Horizon Natl Corp | | | | | Sold | 01/29/10 | | | |
| 1024. -Ford Motor Co | | | | | Buy | 11/26/10 | | | |
| 1025. -Franklin Res Inc | | | | | Sold<br>(part) | 08/12/10 | | | |
| 1026. -Gap Inc | | | | | Buy<br>(add'l) | 01/13/10 | | | |
| 1027. -Gap Inc | | | | | Sold | 07/09/10 | | | |
| 1028. -General Electric | | | | | Sold<br>(part) | 08/12/10 | | | |
| 1029. -Google Inc | | | | | Buy<br>(add'l) | 08/12/10 | | | |
| 1030. -Halliburton Co | | | | | Sold<br>(part) | 08/12/10 | | | |
| 1031. -Hess Corp | | | | | Sold<br>(part) | 08/12/10 | | | |
| 1032. -Hewlett Packard | | | | | Sold | 08/16/10 | | | |
| 1033. -Home Depot | | | | | Sold<br>(part) | 05/25/10 | | | |
| 1034. -Home Depot | | | | | Sold<br>(part) | 06/02/10 | | | |
| 1035. -Home Depot | | | | | Sold<br>(part) | 08/12/10 | | | |
| 1036. -Honeywell Int'l Inc | | | | | Sold<br>(part) | 08/12/10 | | | |
| 1037. -Hospiria Inc | | | | | Sold<br>(part) | 08/12/10 | | | |

1. Income Gain Codes:     A =$1,000 or less        B =$1,001 - $2,500         C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000    G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less       K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
   (See Column C2)           U =Book Value            V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1038. -Human Genome Sciences Inc | | | | | Buy<br>(add'l) | 02/18/10 | | | |
| 1039. -Human Genome Sciences Inc | | | | | Sold<br>(part) | 08/12/10 | | | |
| 1040. -IBM Corp | | | | | Sold<br>(part) | 08/12/10 | | | |
| 1041. -IBM Corp | | | | | Buy<br>(add'l) | 08/16/10 | | | |
| 1042. -Informatica Corp | | | | | Buy | 08/16/10 | | | |
| 1043. -J P Morgan Chase & Co | | | | | Sold<br>(part) | 08/12/10 | | | |
| 1044. -Juniper Networks Inc | | | | | Sold | 01/11/10 | | | |
| 1045. -Kbr Inc | | | | | Sold<br>(part) | 08/12/10 | | | |
| 1046. -Kbr Inc | | | | | Sold | 09/10/10 | | | |
| 1047. -Limited Brands Inc | | | | | Buy | 08/12/10 | | | |
| 1048. -Limited Brands Inc | | | | | Sold<br>(part) | 11/26/10 | | | |
| 1049. -McKesson Corp | | | | | Buy<br>(add'l) | 01/07/10 | | | |
| 1050. -McKesson Corp | | | | | Sold<br>(part) | 08/12/10 | | | |
| 1051. -Medtronic Inc | | | | | Sold<br>(part) | 08/12/10 | | | |
| 1052. -Merck & Co | | | | | Sold<br>(part) | 08/12/10 | | | |
| 1053. -Merck & Co | | | | | Sold<br>(part) | 09/22/10 | | | |
| 1054. -Microsoft Corp | | | | | Buy<br>(add'l) | 01/26/10 | | | |

| 1 Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1055. -Microsoft Corp | | | | | Sold (part) | 08/12/10 | | | |
| 1056. -Morgan Stanley | | | | | Sold (part) | 08/12/10 | | | |
| 1057. -Motorola Inc | | | | | Buy | 08/17/10 | | | |
| 1058. -Newell Rubbermaid Inc | | | | | Buy | 09/22/10 | | | |
| 1059. -News Corp Inc Cls B | | | | | Buy | 05/15/08 | | | See Section VIII #3 |
| 1060. -News Corp Inc Cls B | | | | | Sold (part) | 08/12/10 | | | |
| 1061. -Nextera Energy Inc | | | | | Buy | 08/27/10 | | | |
| 1062. -Nordstrom Inc | | | | | Buy | 07/09/10 | | | |
| 1063. -Nordstrom Inc | | | | | Buy (add'l) | 08/12/10 | | | |
| 1064. -Nordstrom Inc | | | | | Sold (part) | 08/12/10 | | | |
| 1065. -Norfolk Southern Corp | | | | | Sold (part) | 08/12/10 | | | |
| 1066. -Occidental Petro Co | | | | | Buy (add'l) | 06/16/10 | | | |
| 1067. -Occidental Petro Co | | | | | Sold (part) | 08/12/10 | | | |
| 1068. -Omnicom Gr Inc | | | | | Sold (part) | 08/12/10 | | | |
| 1069. -Oracle Corp | | | | | Sold (part) | 08/12/10 | | | |
| 1070. -Oracle Corp | | | | | Buy (add'l) | 10/05/10 | | | |
| 1071. -Parker Hannifin Corp | | | | | Sold | 06/23/10 | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,000 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1072. -Pepsico Inc | | | | | Sold (part) | 08/12/10 | | | |
| 1073. -Pfizer Inc | | | | | Sold (part) | 08/12/10 | | | |
| 1074. -Praxair Inc | | | | | | | | | |
| 1075. -Procter & Gamble Co | | | | | Sold (part) | 08/12/10 | | | |
| 1076. -Public Svc Enterprise Group Inc | | | | | Buy | 01/07/10 | | | |
| 1077. -Public Svc Enterprise Group Inc | | | | | Buy (add'l) | 05/25/10 | | | |
| 1078. -Public Svc Enterprise Group Inc | | | | | Sold (part) | 08/12/10 | | | |
| 1079. -Qualcomm Inc | | | | | Buy (add'l) | 01/11/10 | | | |
| 1080. -Qualcomm Inc | | | | | Buy (add'l) | 03/08/10 | | | |
| 1081. -Qualcomm Inc | | | | | Sold (part) | 04/28/10 | | | |
| 1082. -Qualcomm Inc | | | | | Sold (part) | 08/12/10 | | | |
| 1083. -Qualcomm Inc | | | | | Buy (add'l) | 08/16/10 | | | |
| 1084. -Raytheon Co | | | | | | | | | |
| 1085. -Schlumberger Ltd | | | | | | | | | |
| 1086. -Schwab Charles Corp New | | | | | Sold (part) | 08/12/10 | | | |
| 1087. -Sempra Energy | | | | | Sold | 01/07/10 | | | |
| 1088. -Target Corp | | | | | Sold (part) | 08/12/10 | | | |

1. Income Gain Codes.    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
  (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
  (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q - Appraisal    R =Cost (Real Estate Only)    S =Assessment    T -Cash Market
  (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. -Textron Inc | | | | | | | | | |
| 1090. -Thermo Fisher Scientific Inc | | | | | Sold (part) | 08/12/10 | | | |
| 1091. -Time Warner Inc | | | | | Buy (add'l) | 01/13/10 | | | |
| 1092. -Time Warner Inc | | | | | Sold (part) | 07/07/10 | | | |
| 1093. -Time Warner Inc | | | | | Sold (part) | 08/12/10 | | | |
| 1094. -Tyco Intl Ltd | | | | | Sold (part) | 08/12/10 | | | |
| 1095. -Tyco Intl Ltd | | | | | Sold (part) | 09/08/10 | | | |
| 1096. -Unilever PLC | | | | | Buy (add'l) | 06/02/10 | | | |
| 1097. -Unilever PLC | | | | | Sold (part) | 08/12/10 | | | |
| 1098. -Vale SP-Sa | | | | | Sold (part) | 08/12/10 | | | |
| 1099. -Vertex Pharmaceuticals | | | | | Sold (part) | 01/13/10 | | | |
| 1100. -Vertex Pharmaceuticals | | | | | Sold | 06/24/10 | | | |
| 1101. -Verizon | | | | | Sold | 06/16/08 | | | See Section VIII #3 |
| 1102. -Visa Inc | | | | | Sold | 08/17/10 | | | |
| 1103. -Wal Mart Stores Inc | | | | | Sold | 06/15/09 | | | See Section VIII #3 |
| 1104. -Wells Fargo & Co New | | | | | Buy (add'l) | 08/12/10 | | | |
| 1105. -Wells Fargo & Co New | | | | | Sold (part) | 08/12/10 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1106. -Wells Fargo & Co New | | | | | Buy (add'l) | 09/16/10 | | | |
| 1107. -Whirlpool Corp | | | | | Sold (part) | 08/12/10 | | | |
| 1108. -Whirlpool Corp | | | | | Sold | 11/26/10 | | | |
| 1109. -XTO Energy | | | | | Sold | 06/16/10 | | | |
| 1110. -Dreyfus Premier Ltd Term | | | | | | | | | |
| 1111. -Ishares MSCI Emerginag Mkts Index Fd | | | | | Buy (add'l) | 08/11/10 | | | |
| 1112. -Ishares MSCI EAFE Index Fd | | | | | Buy (add'l) | 08/11/10 | | | |
| 1113. -Ishares S&P Midcap 400 | | | | | Sold (part) | 08/11/10 | | | |
| 1114. -Ishares S&P Small Cap 600 | | | | | | | | | |
| 1115. Custody Acct #2 (Invest Adv Acct 100% Int) | | | | | | | | | |
| 1116. -Central York PA Sch 3.0-2015 | C | Interest | M | T | | | | | |
| 1117. -SEI STET Tax Free Cl A MM | A | Interest | O | T | | | | | |
| 1118. -Monroe City PA 2.8-2016 | C | Interest | M | T | | | | | |
| 1119. -PA State 5.0 - 2010 | C | Interest | | | Matured | 11/01/10 | L | | |
| 1120. -PA State 5.0 - 2013 | C | Interest | M | T | | | | | |
| 1121. -PA State 5.0 - 2023 | C | Interest | M | T | | | | | |
| 1122. -Red Lion PA Sch Dist 3.0-2013 | C | Interest | M | T | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1123. -Ltd Partnerships -- | | | | | | | | | |
| 1124. -J&S Realty Assocs, Markham, Ontario CN. Real Estate | A | Distribution | K | W | | | | | |
| 1125. -Agilent Tech Inc | | None | M | T | | | | | |
| 1126. -Aqua America Inc | C | Dividend | M | T | | | | | |
| 1127. -Auto Data Proc | C | Dividend | M | T | | | | | |
| 1128. -BJW Inc (S Corporation), Alexandria,VA | | None | K | U | | | | | |
| 1129. -Bemis Co | C | Dividend | L | T | | | | | |
| 1130. -City Nat'l Corp | A | Dividend | M | T | | | | | |
| 1131. -Corning Inc | B | Dividend | M | T | | | | | |
| 1132. -Frontier Communications Corp (Spin Off From Verizon) | C | Dividend | M | T | Spinoff (from line 1153) | 07/02/10 | J | | |
| 1133. -Frontier Communications Corp. | | | | | Buy (add'l) | 10/22/10 | M | | |
| 1134. -Frontier Communications Corp | | | | | Sold (part) | 07/27/10 | J | A | |
| 1135. -Great Plains Energy Inc | D | Dividend | M | T | | | | | |
| 1136. -Hewlett-Packard Co | D | Dividend | O | T | Sold (part) | 10/22/10 | M | G | |
| 1137. -Ishares MSCI Emerging Mkts Index | B | Dividend | M | T | Buy | 10/22/10 | M | | |
| 1138. -Ishares MSCI Pacific Ex JPN | B | Dividend | M | T | Buy | 10/22/10 | M | | |
| 1139. -Johnson & Johnson | E | Dividend | O | T | | | | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1140. -J P Morgan Chase & Co | A | Dividend | M | T | Buy (add'l) | 10/22/10 | K | | |
| 1141. -Kimberly Clark Corp | D | Dividend | N | T | | | | | |
| 1142. -Lilly (Eli) & Co | E | Dividend | N | T | | | | | |
| 1143. -Merck & Co | E | Dividend | O | T | | | | | |
| 1144. -Monsanto Co New | B | Dividend | M | T | | | | | |
| 1145. -Pepsico Inc | D | Dividend | M | T | | | | | |
| 1146. -Pitney Bowes Inc | C | Dividend | | | Sold | 10/22/10 | L | A | |
| 1147. -Procter & Gamble | E | Dividend | O | T | Sold (part) | 10/22/10 | M | G | |
| 1148. -Royal Dutch - ADR A | B | Dividend | M | T | Buy | 10/22/10 | M | | |
| 1149. -Schlumberger Ltd | | None | M | T | Buy | 10/22/10 | M | | |
| 1150. -Smucker J M Co | C | Dividend | M | T | | | | | |
| 1151. -3M Co | D | Dividend | N | T | | | | | |
| 1152. -United Tech Corp | B | Dividend | M | T | | | | | |
| 1153. -Verizon Communications (Spinoff of Frontier Communications) | D | Dividend | M | T | | 07/02/10 | | | |
| 1154. Agency Acct #1 | | | | | | | | | |
| 1155. -Hillman-Burgettstown Mineral Acct (2.6% Income Int) | | None | J | U | Coal Royalty | | | | |
| 1156. Broker A/C #1 (100% Interest) | | | | | | | | | |

1. Income Gain Codes:   A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E = $15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes          J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
   (See Column C2)        U =Book Value            V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1157. -Abbott Laboratories | C | Dividend | L | T | | | | | |
| 1158. -Alberto Culver Co New | A | Dividend | | | Sold | 09/27/10 | K | D | |
| 1159. -Allergan Inc | A | Dividend | L | T | Buy | 02/03/10 | L | | |
| 1160. -Alliance Bernstein Int'l (Name Chg Fr Alliance Worldwide) | B | Dividend | L | T | | 11/30/05 | | | See Section VIII #7 |
| 1161. -Alliance Wrldwde Prvt (Nm Chg To Alliance Bernstein Int'l) | | None | | | | 11/30/05 | | | See Section VIII #7 |
| 1162. -Allscripts Healthcare | | None | L | T | | | | | |
| 1163. -Amazon Com Inc | | None | L | T | Sold (part) | 10/21/10 | L | E | |
| 1164. -Applied Microcircuits Corp | | None | K | T | | | | | |
| 1165. -Ariba Inc - New | | None | L | T | Sold (part) | 09/20/10 | L | E | |
| 1166. -Baidu Inc | | None | L | T | Buy | 09/27/10 | L | | |
| 1167. -Baker Hughes Inc | | None | L | T | Buy | 12/07/10 | L | | |
| 1168. -Bank of America Corp | A | Dividend | L | T | | | | | |
| 1169. -Barnes & Noble Inc | B | Dividend | K | T | | | | | |
| 1170. -Bristol Myers Squibb Co | C | Dividend | L | T | | | | | |
| 1171. -Carefusion Corp | | None | L | T | | | | | |
| 1172. -China-Biotics Inc | | None | L | T | Buy | 10/19/10 | L | | |
| 1173. -China Fund Inc | D | Dividend | L | T | | | | | |

1. Income Gain Codes: A =$1,000 or less B =$1,001 - $2,500 C =$2,501 - $5,000 D =$5,001 - $15,000 E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000 G =$100,001 - $1,000,000 H1 =$1,000,001 - $5,000,000 H2 =More than $5,000,000
2 Value Codes J =$15,000 or less K =$15,001 - $50,000 L =$50,001 - $100,000 M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000 O =$500,001 - $1,000,000 P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal R =Cost (Real Estate Only) S =Assessment T =Cash Market
(See Column C2) U =Book Value V =Other W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1174. -China Mobile Ltd | C | Dividend | L | T | | | | | See Section VIII #12 |
| 1175. -Citigroup Inc | | None | J | T | | | | | |
| 1176. -Coach Inc | B | Dividend | M | T | | | | | |
| 1177. -Coca Cola Co | C | Dividend | M | T | | | | | |
| 1178. -Comcast Corp Cl A | A | Dividend | K | T | | | | | |
| 1179. -Comcast Corp Cl A - Spl | B | Dividend | L | T | | | | | |
| 1180. -Corning Inc | A | Dividend | K | T | | | | | |
| 1181. -CVS Caremark Corp | A | Dividend | L | T | | | | | |
| 1182. -Cypress Semiconductor Corp Del | | None | L | T | | | | | |
| 1183. -Dendreon Corp | | None | K | T | Buy | 02/03/10 | L | | |
| 1184. -Dendreon Corp | | | | | Sold (part) | 04/30/10 | L | E | |
| 1185. -Dow Chemical | A | Dividend | K | T | | | | | |
| 1186. -E I duPont deNemours | C | Dividend | M | T | | | | | |
| 1187. -Electro-Optical Sciences Inc (Nme Chg Fr Mela Sciences Inc) | | None | | | | 05/04/10 | | | |
| 1188. -Emerson Electric | B | Dividend | K | T | | | | | |
| 1189. -Ener1 Inc New | | None | K | T | Buy (add'l) | 11/11/10 | K | | |
| 1190. -Ener1 Inc New | | | | | Sold (part) | 12/15/10 | K | A | |

1. Income Gain Codes:
(See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000
2. Value Codes
(See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000
3. Value Method Codes
(See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1191. -Exxon Mobil Corp | D | Dividend | N | T | | | | | |
| 1192. -FPL Group Inc (Name Chg to Nextera Energy Inc)` | | None | | | | 06/03/10 | | | |
| 1193. -FEI Co | | None | L | T | | | | | |
| 1194. -Flextronics Int'l Ltd USD | | None | K | T | Buy (add'l) | 11/11/10 | K | | |
| 1195. -Flextronics Int'l Ltd USD | | | | | Sold (part) | 12/14/10 | K | A | |
| 1196. -Frontier Communications Corp (spinoff From Verizon) | | None | J | T | Spinoff (from line 1246) | 07/02/10 | J | | |
| 1197. -Frontier Communications Corp | | | | | Sold | 07/15/10 | J | B | |
| 1198. Gamestop Corp New CLA | | None | K | T | | | | | |
| 1199. -General Electric Co | D | Dividend | M | T | | | | | |
| 1200. -General Mills Inc | B | Dividend | L | T | | | | | |
| 1201. -Glaxo Smithkline | B | Dividend | K | T | | | | | |
| 1202. -Google Inc | | None | M | T | | | | | |
| 1203. -Guggenheim Solar ETF | A | Dividend | L | T | Buy | 11/11/10 | L | | |
| 1204. -Hanesbrands Inc | | None | L | T | | | | | |
| 1205. -H J Heinz Co | C | Dividend | L | T | | | | | |
| 1206. -Hologic Inc | | None | L | T | | | | | |
| 1207. -Home Depot Inc | C | Dividend | M | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1208. -Hospira Inc | | None | L | T | | | | | |
| 1209. -JP Morgan Chase & CO | A | Dividend | L | T | | | | | |
| 1210. -Johnson & Johnson | B | Dividend | L | T | | | | | |
| 1211. -Kimberly Clark Corp | B | Dividend | L | T | Buy | 03/15/10 | L | | |
| 1212. -Macy's Inc | A | Dividend | J | T | | | | | |
| 1213. -Mastercard Inc | A | Dividend | L | T | | | | | |
| 1214. -Medco Hlth Solutions Inc | | None | M | T | | | | | |
| 1215. -Mela Sciences Inc (Name Chg Electro-Optical Sciences Inc) | | None | J | T | | 05/04/10 | | | |
| 1216. -Memc Electronic Mtls Inc | | None | J | T | Sold (part) | 01/19/10 | K | A | |
| 1217. -Merck & Co Inc | C | Dividend | L | T | | | | | |
| 1218. -Microsoft Corp | B | Dividend | L | T | | | | | |
| 1219. -Netflix Inc | | None | L | T | Sold (part) | 04/09/10 | L | E | |
| 1220. -Netflix Inc | | | | | Sold (part) | 12/08/10 | L | F | |
| 1221. -Nextera Energy Inc (Name Change From FPL Group Inc) | B | Dividend | L | T | | 06/03/10 | | | |
| 1222. -Nutri/Systems Inc (X) | B | Dividend | L | T | Buy (add'l) | 11/11/10 | L | | |
| 1223. -Nutri/Systems Inc (X) | | | | | Sold (part) | 12/14/10 | L | A | |
| 1224. -Pepsico Inc | C | Dividend | M | T | | | | | |

1. Income Gain Codes.          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G =$100,001 - $1,000,000   H) =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                         P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only) S =Assessment               T =Cash Market
   (See Column C2)              U =Book Value              V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1225. -Pfizer Inc | D | Dividend | M | T | | | | | |
| 1226. -Procter & Gamble Co | B | Dividend | L | T | | | | | |
| 1227. -Ralcorp Hldgs Inc New | | None | L | T | | | | | |
| 1228. -Rochester Med Grp | | None | K | T | | | | | |
| 1229. -Royal Dutch Shell | B | Dividend | K | T | | | | | |
| 1230. -Sally Beauty Hldgs Inc | | None | M | T | | | | | |
| 1231. -Sanofi-Synthelabo | C | Dividend | L | T | | | | | |
| 1232. -Sara Lee Corp | B | Dividend | K | T | | | | | |
| 1233. -SBA Communications Corp | | None | L | T | Buy | 04/09/10 | L | | |
| 1234. -Schlumberger Ltd | A | Dividend | L | T | | | | | |
| 1235. -Smucker J M Co New | B | Dividend | L | T | | | | | |
| 1236. -Sociedad Quimica Minera De Chile | B | Dividend | M | T | Buy | 10/16/09 | L | | See Section VIII #3 |
| 1237. -Stryker Corp. | A | Dividend | L | T | Buy | 07/15/10 | L | | |
| 1238. -Suncor Energy | A | Dividend | L | T | Buy (add'l) | 06/04/10 | K | | |
| 1239. -Sunpower Grp Cl A | | None | | | Sold | 11/11/10 | J | A | |
| 1240. -Sunpower Grp Cl B | | None | | | Sold | 11/11/10 | J | A | |
| 1241. -Teco Energy, Inc | B | Dividend | L | T | | | | | |

1 Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
  (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes:            J =$15,000 or less       K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
  (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                                        P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal             R =Cost (Real Estate Only)   S =Assessment       T =Cash Market
  (See Column C2)           U =Book Value            V =Other                 W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1242. -Templeton Frontier Mkts | A | Dividend | M | T | Buy | 08/04/10 | L | | |
| 1243. -Teva Pharmaceutical | B | Dividend | L | T | | | | | |
| 1244. -3M Co | D | Dividend | M | T | | | | | |
| 1245. -Unilever NV New York Shs New | C | Dividend | L | T | | | | | |
| 1246. -Verizon (Spinoff of Frontier Communications) | C | Dividend | L | T | | 07/02/10 | | | |
| 1247. -Wal-Mart Stores Inc | B | Dividend | L | T | | | | | |
| 1248. -Watts Wtr Technologies Inc | A | Dividend | L | T | | | | | |
| 1249. -Zimmer Holdings Inc | | None | L | T | | | | | |
| 1250. -Templeton Developing Mkts | C | Dividend | M | T | | | | | |
| 1251. -India Fund Inc | B | Dividend | N | T | | | | | |
| 1252. -Templeton Russia E Europe Fd Inc | A | Dividend | M | T | | | | | |
| 1253. -Bank of Baroda-NY 0.4-2010 | A | Interest | | | Matured | 03/04/10 | M | | |
| 1254. -Beal Bank - TX 0.3-2010 | A | Interest | | | Matured | 01/06/10 | M | | |
| 1255. -Morgan Stanley/Smith Barney (Frmrly Citibank/Smith Barney) | B | Interest | O | T | Mon Mkt Inv | | | | |
| 1256. Agency Acct #2 (100% Interest) | | | | | | | | | |
| 1257. -Blackrock US Treas MM Fd #02 | | | | | Closed | 05/31/05 | | | See Section VIII #3 |
| 1258. -State Lease 195 (Operated by Gulf Stream Resources,Inc) | | None | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1259. -Rycade Lease Section 28 (operated by Termo Co) | | (No income) | | | | | | | |
| 1260. Note Rec from Ron Bacon* (D/B/A Village Deli) (*default) | | None | J | U | | | | | |
| 1261. Trust #11 (6.25% income interest) | A | Int./Div. | L | T | | | K | D | See Section VIII #1 |
| 1262. -Blackrock Global Allocation Fund | | | | | Buy | 10/28/10 | | | |
| 1263. -Cisco Systems Inc | | | | | | | | | |
| 1264. -Dividend Capital Industrial Income Trust | | | | | Buy | 11/26/10 | | | |
| 1265. -Exxon Mobil Corp | | | | | Sold (part) | 11/18/10 | | | |
| 1266. -Ishares TR Russell 2000 Index Fund | | | | | Buy | 11/01/10 | | | |
| 1267. -Johnson & Johnson | | | | | Sold (part) | 11/18/10 | | | |
| 1268. -Pfizer Inc | | | | | Sold (part) | 11/01/10 | | | |
| 1269. -Pimco Commodity Real Return Strategy Fund | | | | | Buy | 10/06/10 | | | |
| 1270. -PPG Industries Inc | | | | | Sold (part) | 11/01/10 | | | |
| 1271. -Prudt'l Jennison 20/20 Focus Fd (Nme Chg To Jennison 20/20) | | | | | | 02/19/10 | | | |
| 1272. -Blackrock Temp Fund # H1 | | | | | Mon Mkt Inv | | | | |
| 1273. -Calamos Growth Fund #606 | | | | | Sold | 10/06/10 | | | |
| 1274. -Harbor Fund Int'l #11 | | | | | Buy (add'l) | 10/28/10 | | | |
| 1275. -Jennison 20/20 Focus Fd (Nme Chg Fr Prudt'l Jennison 20/20) | | | | | | 02/19/10 | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1276. Trust #12 (6.25% income interest) | D | Int./Div. | N | T | | | K | A | See Section VIII #1 |
| 1277. -Blackrock Temp Fund # H1 | | | | | Mon Mkt Inv | | | | |
| 1278. -Agilent Tech | | | | | | | | | |
| 1279. -Allergan Inc | | | | | | | | | |
| 1280. -Amgen Inc | | | | | Sold | 11/18/10 | | | |
| 1281. -Apple Inc | | | | | | | | | |
| 1282. -Baxter Intl Inc | | | | | | | | | |
| 1283. -Becton Dickinson & Co | | | | | | | | | |
| 1284. -Boeing Co | | | | | | | | | |
| 1285. -Bristol Myers Squibb Co | | | | | | | | | |
| 1286. -Cisco Systems Inc | | | | | Sold | 11/18/10 | | | |
| 1287. -Dividend Capital Industrial Income Trust | | | | | Buy | 11/26/10 | | | |
| 1288. -EQT Corp (Name Chg From Equitable Resources) | | | | | | 01/02/09 | | | See Section VIII #7 |
| 1289. -Equitable Resources (Name Chg To EQT Corp) | | | | | | 01/02/09 | | | See Section VIII #7 |
| 1290. -Exxon Mobil Corp | | | | | Sold (part) | 11/18/10 | | | |
| 1291. -FPL Group (Name Chg To Nextera Energy Inc) | | | | | | 06/03/10 | | | |
| 1292. -Frontier Communications Co (spin off From Verizon) | | | | | Spinoff (from line 1324) | 07/02/10 | | | |

1. Income Gain Codes.       A =$1,000 or less        B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less       K =$15,001 - $50,000     L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment            T =Cash Market
   (See Column C2)           U =Book Value            V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1293. -Frontier Communications Co | | | | | Sold | 10/08/10 | | | |
| 1294. -General Electric Co | | | | | | | | | |
| 1295. -Goldman Sachs Group Inc | | | | | | | | | |
| 1296. -Google Inc Cl A | | | | | | | | | |
| 1297. -Hewlett-Packard Co | | | | | | | | | |
| 1298. -Intel Corp | | | | | | | | | |
| 1299. -Int'l Business Machines Corp | | | | | | | | | |
| 1300. -Johnson & Johnson | | | | | | | | | |
| 1301. -McDonalds Corp | | | | | | | | | |
| 1302. -McKesson Corp | | | | | | | | | |
| 1303. -Medco Hlth Solutions Inc | | | | | | | | | |
| 1304. -Medtronic Inc | | | | | Sold | 11/18/10 | | | |
| 1305. -Microsoft Corp | | | | | | | | | |
| 1306. -Nextera Energy Inc (Name Chg From FPL Group) | | | | | | 06/03/10 | | | |
| 1307. -Oracle Corp | | | | | | | | | |
| 1308. -Pepsico Inc | | | | | | | | | |
| 1309. -Pfizer | | | | | Buy | 05/09/01 | | | See Section VIII #3 |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | O =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1310. -PPG Industries Inc | | | | | | | | | |
| 1311. -Praxair Inc | | | | | | | | | |
| 1312. -Procter & Gamble Co | | | | | | | | | |
| 1313. -Schlumberger Ltd | | | | | | | | | |
| 1314. -St Jude Medical Co | | | | | Sold | 11/18/10 | | | |
| 1315. -State Street Corp | | | | | Sold | 10/08/10 | | | |
| 1316. -Stryker Corp | | | | | | | | | |
| 1317. -Teva Pharmaceutical Inds Ltd ADR | | | | | | | | | |
| 1318. -Transocean Ltd | | | | | | | | | |
| 1319. -Unilever NV New York Shs New | | | | | | | | | |
| 1320. -Union Pacific Corp | | | | | | | | | |
| 1321. -United Health Group Inc | | | | | | | | | |
| 1322. -United Technologies Corp | | | | | | | | | |
| 1323. -Vanguard FTSE All World Ex-US Index Fd | | | | | Buy | 10/08/10 | | | |
| 1324. -Verizon (Spinoff of Frontier Communications) | | | | | | 07/02/10 | | | |
| 1325. -Waste Management Inc | | | | | Buy | 10/08/10 | | | |
| 1326. -Ishares Trust MSCI EAFE Index Fd | | | | | Sold | 10/08/10 | | | |

| 1 Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1327. Fiduciary Positions - - | | | | | | | | | |
| 1328. Trust #13 (No income rec'd) | | None | N | T | | | L | E | See Section VIII #1 |
| 1329. -BNY Mellon MM Fd | | ı | | | Mon Mkt Inv | | | | |
| 1330. -AT&T Inc | | | | | Sold | 03/11/10 | | | |
| 1331. -Accenture PLC (recd fr Accenture Ltd merger) | | | | | Sold | 01/11/10 | | | |
| 1332. -Alliance Data Systems Corp | | | | | Sold | 03/11/10 | | | |
| 1333. -Amerprise Finl Inc | | | | | Sold | 03/11/10 | | | |
| 1334. -Amgen Inc | | | · | | Sold (part) | 02/18/10 | | | |
| 1335. -Amgen Inc | | | | | Sold | 03/11/10 | | | |
| 1336. -AOL Inc | | | | | Sold | 01/07/10 | | | |
| 1337. -Apache Corp | | | | | Sold | 03/11/10 | | | |
| 1338. -Apple Computer Inc | | | | | Sold | 03/11/10 | | | |
| 1339. -Apollo Group Inc | | ı | | | Sold | 04/07/08 | | | See Section VIII #3 |
| 1340. -Autoliv Inc | | | | | Sold | 03/11/10 | | | |
| 1341. -Bank of America Corp | | | | | Sold | 03/11/10 | | | |
| 1342. -Blackrock Inc | | | | | Sold | 03/11/10 | | | |
| 1343. -Capital One Financial Corp | | | | | Buy | 01/22/10 | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1344. -Capital One Financial Corp | | | | | Sold | 03/11/10 | | | |
| 1345. -Chubb Corp | | | | | Sold | 03/11/10 | | | |
| 1346. -Cigna Corp | | | | | Sold | 03/11/10 | | | |
| 1347. -Cisco Systems Inc | | | | | Sold | 03/11/10 | | | |
| 1348. -Coca Cola Co | | | | | Sold | 03/11/10 | | | |
| 1349. -Concophillips | | | | | Sold | 03/11/10 | | | |
| 1350. -Cummins Inc | | | | | Sold | 03/11/10 | | | |
| 1351. -CVS/Caremark Corp | | | | | Sold (part) | 01/14/10 | | | |
| 1352. -CVS/Caremark Corp | | | | | Sold | 03/11/10 | | | |
| 1353. -Danaher Corp | | | | | Sold | 03/11/10 | | | |
| 1354. -Dell Inc | | | | | Sold | 10/20/08 | | | See Section VIII #3 |
| 1355. -Dreyfus Diversified Int'l-I | | | | | Buy | 03/12/10 | | | |
| 1356. -Dreyfus Diversified Int'l-I | | | | | Sold | 12/17/10 | | | |
| 1357. -Dreyfus Inflation Adjusted Secs Fund | | | | | Buy | 03/12/10 | | | |
| 1358. -Dreyfus Inflation Adjusted Secs Fund | | | | | Sold (part) | 12/22/10 | | | |
| 1359. -Dreyfus Inflation Adjusted Secs Fund | | | | | Buy (add'l) | 12/27/10 | | | |
| 1360. -Dreyfus/Newton Int'l Equity Fund | | | | | Buy | 12/17/10 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1361. -Dreyfus Opportunistic Small Cap Fund | | | | | Buy | 03/10/10 | | | |
| 1362. -Dreyfus Opportunistic Small Cap Fund | | | | | Buy<br>(add'l) | 12/15/10 | | | |
| 1363. -Dreyfus Opportunistic Small Cap Fund | | | | | Sold<br>(part) | 12/17/10 | | | |
| 1364. -Dreyfus Select Mgrs Small/Cap Growth<br>Fund-I | | | | | Buy | 12/31/10 | | | |
| 1365. -Dreyfus Select Mgrs Small Cap Value Fund | | | | | Buy | 03/10/10 | | | |
| 1366. -Dreyfus Select Mgrs Small Cap Value Fund | | | | | Sold<br>(part) | 12/17/10 | | | |
| 1367. -Du Pont E I De Nemours | | | | | Sold | 03/11/10 | | | |
| 1368. -EMC Corp | | | | | Sold | 03/11/10 | | | |
| 1369. -Exelon Corp | | | | | Sold | 03/11/10 | | | |
| 1370. -Exxon Mobil Corp | | | | | Sold | 03/11/10 | | | |
| 1371. -Fedex Corp | | | | | Sold | 03/11/10 | | | |
| 1372. -First Horizon Natl Corp | | | | | Sold | 01/29/10 | | | |
| 1373. -Franklin Res Inc | | | | | Sold | 03/11/10 | | | |
| 1374. -GAP Inc | | | | | Buy<br>(add'l) | 01/15/10 | | | |
| 1375. -GAP Inc | | | | | Sold | 03/11/10 | | | |
| 1376. -General Electric Co | | | | | Sold | 03/11/10 | | | |
| 1377. -Google Inc | | | | | Sold | 03/11/10 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1378. -Halliburton Co | | | | | Sold | 03/11/10 | | | |
| 1379. -Hess Corp | | | | | Sold | 03/11/10 | | | |
| 1380. -Hewlett Packard Co | | | | | Sold | 03/11/10 | | | |
| 1381. -Home Depot | | | | | Sold | 03/11/10 | | | |
| 1382. -Honeywell Int'l Inc | | | | | Sold | 03/11/10 | | | |
| 1383. -Hospira Inc | | | | | Sold | 03/11/10 | | | |
| 1384. -Human Genome Sciences Inc | | | | | Buy (add'l) | 02/18/10 | | | |
| 1385. -Human Genome Sciences Inc | | | | | Sold | 03/11/10 | | | |
| 1386. -IBM | | | | | Sold | 03/11/10 | | | |
| 1387. -Ishares S&P GSCI Commodity-Ind | | | | | Buy | 03/12/10 | | | |
| 1388. -Juniper Networks Inc | | | | | Sold | 01/11/10 | | | |
| 1389. -Kbr Inc | | | | | Sold | 03/11/10 | | | |
| 1390. -Limited Brands Inc | | | | | Sold | 03/11/10 | | | |
| 1391. -McKesson Corp | | | | | Buy (add'l) | 01/08/10 | | | |
| 1392. -McKesson Corp | | | | | Sold | 03/11/10 | | | |
| 1393. -Medtronic Inc | | | | | Sold | 03/11/10 | | | |
| 1394. -Merck & Co Inc | | | | | Sold | 03/11/10 | | | |

1. Income Gain Codes.    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1395. -Microsoft Corp | | | | | Sold | 03/11/10 | | | |
| 1396. -JP Morgan Chase & Co | | | | | Sold | 03/11/10 | | | |
| 1397. -Morgan Stanley | | | | | Sold | 03/11/10 | | | |
| 1398. -News Corp Inc | | | | | Sold | 03/11/10 | | | |
| 1399. -Norfolk Southern Corp | | | | | Sold | 03/11/10 | | | |
| 1400. -Occidental Petro Corp | | | | | Sold | 03/11/10 | | | |
| 1401. -Omnicom Group Inc | | | | | Sold | 03/11/10 | | | |
| 1402. -Oracle Corp | | | | | Sold | 03/11/10 | | | |
| 1403. -Parker Hannifin Corp | | | | | Sold | 03/11/10 | | | |
| 1404. -Pepsico Inc | | | | | Sold | 03/11/10 | | | |
| 1405. -Pfizer Inc | | | | | Sold | 03/11/10 | | | |
| 1406. -Phillip Morris | | | | | Sold | 03/11/10 | | | |
| 1407. -Praxir Inc | | | | | Sold | 03/11/10 | | | |
| 1408. -Procter & Gamble | | | | | Sold | 03/11/10 | | | |
| 1409. -Public Svc Enterprise Group Inc | | | | | Buy | 01/8/10 | | | |
| 1410. -Public Svc Enterprise Group Inc | | | | | Sold | 03/11/10 | | | |
| 1411. -Qualcomm Inc | | | | | Buy (add'l) | 01/11/10 | | | |

| 1 Income Gain Codes | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1412. -Qualcomm Inc | | | | | Buy (add'l) | 03/08/10 | | | |
| 1413. -Qualcomm Inc | | | | | Sold | 03/11/10 | | | |
| 1414. -Raytheon Co | | | | | Sold | 03/11/10 | | | |
| 1415. -Rydex Managed Futures Strategy Fund-Y | | | | | Buy | 12/17/10 | | | |
| 1416. -Sempra Energy | | | | | Sold (part) | 01/12/10 | | | |
| 1417. -Sempra Energy | | | | | Sold | 02/02/10 | | | |
| 1418. -Schwab Charles Corp New | | | | | Sold | 03/11/10 | | | |
| 1419. -Strategic Global Stock Fund | | | | | Buy | 12/31/10 | | | |
| 1420. -Target Corp | | | | | Sold | 03/11/10 | | | |
| 1421. -Textron Inc | | | | | Sold | 03/11/10 | | | |
| 1422. -Thermo Fisher Scientific Inc | | | | | Sold | 03/11/10 | | | |
| 1423. -Time Warner Inc | | | | | Sold | 03/11/10 | | | |
| 1424. -Tyco Intl Ltd | | | | | Sold | 03/11/10 | | | |
| 1425. -Unilever PLC ADR | | | | | Sold | 03/11/10 | | | |
| 1426. -Vale SA-Sp ADR | | | | | Sold | 03/11/10 | | | |
| 1427. -Veretex Pharmaceuticals Inc | | | | | Sold (part) | 01/13/10 | | | |
| 1428. -Veretex Pharmaceuticals Inc | | | | | Sold | 03/11/10 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1429. -Visa Inc Cl A | | | | | Sold | 03/11/10 | | | |
| 1430. -Wal-Mart Stores Inc | | | | | Sold | 06/15/09 | | | See Section VIII #3 |
| 1431. -Wells Fargo & Co New | | | | | Sold | 03/11/10 | | | |
| 1432. -Whirlpool Corp | | | | | Sold | 03/11/10 | | | |
| 1433. -Xto Energy Inc | | | | | Sold | 03/11/10 | | | |
| 1434. -Ishares Tr S&P Small Cap | | | | | Sold | 03/12/10 | | | |
| 1435. -BNY Mellon Emerging Mkts Fd Cl M | | | | | Buy (add'l) | 03/12/10 | | | |
| 1436. -BNY Mellon Emerging Mkts Fd Cl M | | | | | Buy (add'l) | 12/22/10 | | | |
| 1437. -BNY Mellon Focused Equity Opp-M | | | | | Buy | 03/12/10 | | | |
| 1438. -BNY Mellon Focused Equity Opp-M | | | | | Sold | 12/22/10 | | | |
| 1439. -BNY Mellon Int'l Fund Cl M | | | | | Sold (part) | 03/10/10 | | | |
| 1440. -BNY Mellon Int'l Fund Cl M | | | | | Buy (add'l) | 12/17/10 | | | |
| 1441. -BNY Mellon Large Cap Stk Fund | | | | | Buy | 03/12/10 | | | |
| 1442. -BNY Mellon Large Cap Stk Fund | | | | | Sold | 12/22/10 | | | |
| 1443. -BNY Mellon Mid Cap Stk Fund | | | | | Sold (part) | 03/10/10 | | | |
| 1444. -BNY Mellon Mid Cap Stk Fund | | | | | Sold (part) | 12/09/10 | | | |
| 1445. -BNY Mellon Nat'l Inter Muni Bd Fd Cl-M | | | | | Buy | 03/12/10 | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1446. -BNY Mellon Nat'l Inter Muni Bd Fd Cl-M | | | | | Buy (add'l) | 12/10/10 | | | |
| 1447. -BNY Mellon Nat'l Inter Muni Bd Fd Cl-M | | | | | Sold (part) | 12/22/10 | | | |
| 1448. -BNY Mellon Nat'l ST Muni Bd Fund | | | | | Buy | 03/12/10 | | | |
| 1449. -BNY Mellon Small Cap Stk Fd Cl M | | | | | Buy (add'l) | 03/10/10 | | | |
| 1450. -BNY Mellon Small Cap Stk Fd Cl M | | | | | Sold | 12/17/10 | | | |
| 1451. -BNY Mellon Small/Mid Cap | | | | | | | | | |
| 1452. -BNY Mellon Small/Mid Cap Fund-M | | | | | Buy | 03/10/10 | | | |
| 1453. -BNY Mellon Small/Mid Cap Fund-M | | | | | Buy (add'l) | 12/14/10 | | | |
| 1454. -BNY Mellon Small/Mid Cap Fund-M | | | | | Sold (part) | 12/22/10 | | | |
| 1455. -BNY Mellon Tax-Sensitive Large Cap-Multi Strategy Fd Cl-M | | | | | Buy | 12/22/10 | | | |
| 1456. -BNY Mellon US Core Equity 130/30 Fund | | | | | Buy | 10/07/08 | | | See Section VIII #3 |
| 1457. -BNY Mellon US Core Equity 130/30 Fund | | | | | Sold (part) | 03/10/10 | | | |
| 1458. -BNY Mellon US Core Equity 130/30 Fund | | | | | Sold | 12/17/10 | | | |
| 1459. -Trust #17 (No Benef Interest) | None | | N | T | | | M | D | See Section VIII # 1 |
| 1460. -BNY Mellon MM Fund Cl M | | | | | Mon Mkt Inv | | | | |
| 1461. -Dreyfus Diversified Intl | | | | | Sold (part) | 09/21/10 | | | |
| 1462. -Dreyfus Select Managers Small Cap Value Fund | | | | | Buy | 09/21/10 | | | |

1. Income Gain Codes:     A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1463. -Dreyfus Select Managers Small Cap Value Fund | | | | | Buy (add'l) | 12/31/10 | | | |
| 1464. -Hussman Strategic Growth Fd | | | | | Sold (part) | 09/22/10 | | | |
| 1465. -Hussman Strategic Total Ret | | | | | Sold (part) | 09/21/10 | | | |
| 1466. -Hussman Strategic Total Ret | | | | | Buy (add'l) | 11/22/10 | | | |
| 1467. -Ishares S/P GSCI Commodity-Ind | | | | | Sold (part) | 09/23/10 | | | |
| 1468. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Buy (add'l) | 02/01/10 | | | |
| 1469. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Buy (add'l) | 03/01/10 | | | |
| 1470. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Buy (add'l) | 04/01/10 | | | |
| 1471. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Buy (add'l) | 05/03/10 | | | |
| 1472. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Buy (add'l) | 06/01/10 | | | |
| 1473. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Buy (add'l) | 07/01/10 | | | |
| 1474. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Buy (add'l) | 08/02/10 | | | |
| 1475. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Buy (add'l) | 09/01/10 | | | |
| 1476. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Sold | 09/21/10 | | | |
| 1477. -BNY Mellon Mid Cap Stock Fund Cl M | | | | | Sold (part) | 09/21/10 | | | |
| 1478. -BNY Mellon Nat'l Inter Muni Bond Fd Cl M | | | | | Sold (part) | 09/21/10 | | | |
| 1479. -BNY Mellon Natl S/T Muni Bond Fd | | | | | Sold (part) | 09/21/10 | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1480. -BNY Mellon Small Cap Stk Fd Cl M | | | | | Sold | 09/21/10 | | | |
| 1481. -BNY Mellon Tax-Sensitive Large Cap Multi-Strategy Fund Cl M | | | | | Buy | 09/21/10 | | | |
| 1482. -BNY Mellon Tax-Sensitive Large Cap Multi-Strategy Fund Cl M | | | | | Buy (add'l) | 12/22/10 | | | |
| 1483. -First Horizon Nat'l Corp | | | | | Sold | 07/06/09 | | | See Section VIII #3 |
| 1484. -Juniper Networks Inc | | | | | Sold | 02/26/09 | | | See Section VIII #3 |
| 1485. Trust #18 (No Benef Interest) | | None | J | T | | | J | E | See Section VIII #1 |
| 1486. -BNY Mellon MM Fund | | | | | Mon Mkt Inv | | | | |
| 1487. --BNY Mellon Emerging Mkts Fd Cl M | | | | | Sold | 10/06/10 | | | |
| 1488. -BNY Mellon Int'l Fund Cl M (X) | | | | | | | | | |
| 1489. -BNY Mellon Int'l Fund Cl M | | | | | Sold | 10/06/10 | | | |
| 1490. -BNY Mellon Lge Cap Stk Fd | | | | | Sold | 10/06/10 | | | |
| 1491. -BNY Mellon Mid Cap Stk Fd Cl M | | | | | Sold (part) | 10/06/10 | | | |
| 1492. -BNY Mellon Mid Cap Stk Fd Cl M | | | | | Sold | 12/15/10 | | | |
| 1493. -BNY Mellon Ntl Inter Muni Bd Fd Cl M | | | | | Sold (part) | 10/06/10 | | | |
| 1494. -BNY Mellon Ntl Inter Muni Bd Fd Cl M | | | | | Sold | 12/15/10 | | | |
| 1495. -BNY Mellon Ntl S/T Muni Bd Fd | | : | | | Sold (part) | 10/06/10 | | | |
| 1496. -BNY Mellon Ntl S/T Muni Bd Fd | | | | | Sold | 12/15/10 | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g , div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy. sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1497. -BNY Mellon Small Cap Stk Fd Cl M | | | | | Sold (part) | 10/06/10 | | | |
| 1498. -BNY Mellon Small Cap Stk Fd Cl M | | | | | Sold | 12/15/10 | | | |
| 1499. -BNY Mellon Small/Mid Cap Fund-M | | | | | Buy | 10/06/10 | | | |
| 1500. -BNY Mellon Small/Mid Cap Fund-M | | | | | Buy (add'l) | 12/14/10 | | | |
| 1501. -BNY Mellon Small/Mid Cap Fund-M | | | | | Sold | 12/21/10 | | | |
| 1502. -BNY Mellon Tax-Sensitive Large Cap-M | | | | | Buy | 10/06/10 | | | |
| 1503. -BNY Mellon Tax-Sensitive Large Cap-M | | | | | Sold | 12/15/10 | | | |
| 1504. -Ishares S&P GSCI Commodity-Indexed Trust | | | | | Buy | 11/27/09 | | | See Section VIII #3 |
| 1505. -Ishares S&P GSCI Commodity-Indexed Trust | | | | | Sold | 12/17/10 | | | |
| 1506. -Dreyfus Diversified Int'l-I | | | | | Buy | 10/06/10 | | | |
| 1507. -Dreyfus Diversified Int'l-I | | | | | Sold | 12/15/10 | | | |
| 1508. -Dreyfus Inflation Adjusted Secs Fd | | | | | Buy | 10/06/10 | | | |
| 1509. -Dreyfus Inflation Adjusted Secs Fd | | | | | Sold | 12/15/10 | | | |
| 1510. -Dreyfus Select Managers S/C VI-I | | | | | Buy | 10/06/10 | | | |
| 1511. -Dreyfus Select Managers S/C VI-I | | | | | Sold | 12/15/10 | | | |
| 1512. -Rydex Managed Futures Strategy Fund | | | | | Buy | 10/06/10 | | | |
| 1513. -Rydex Managed Futures Strategy Fund | | | | | Sold | 12/15/10 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1514. Trust #19 (No Benef Interest) | | None | N | T | | | N | A | See Section VIII #1 |
| 1515. -BNY Mellon MM Fund Cl M | | | | | Mon Mkt Inv | | | | |
| 1516. -BNY Mellon Emerging Mkts Fd Cl M | | | | | Sold (part) | 10/06/10 | | | |
| 1517. -BNY Mellon Int'l Fund Cl M | | | | | Sold (part) | 10/06/10 | | | |
| 1518. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Sold | 10/06/10 | | | |
| 1519. -BNY Mellon Mid Cap Stock Fund Cl M | | | | | Sold (part) | 10/06/10 | | | |
| 1520. -BNY Mellon Natl Inter Muni Bd Fd Cl M | | | | | Buy (add'l) | 12/10/10 | | | |
| 1521. -BNY Mellon Natl S/T Muni Bd Fd | | | | | | | | | |
| 1522. -BNY Mellon Small Cap Stock Fd Cl M | | | | | Sold (part) | 10/06/10 | | | |
| 1523. -BNY Mellon Small/Mid Cap Fund-M | | | | | Buy | 10/06/10 | | | |
| 1524. -BNY Mellon Small/Mid Cap Fund-M | | | | | Buy (add'l) | 12/14/10 | | | |
| 1525. -BNY Mellon U S Core | | | | | Closed | | | | See Section VIII #8 |
| 1526. -BNY Mellon Tax-Sensitive Large Cap-M | | | | | Buy | 10/07/10 | | | |
| 1527. -BNY Mellon Tax-Sensitive Large Cap-M | | | | | Buy (add'l) | 12/22/10 | | | |
| 1528. -Dreyfus/Newton Int'l Equity-I | | | | | Buy | 10/06/10 | | | |
| 1529. -Dreyfus/Newton Int'l Equity-I | | | | | Buy (add'l) | 12/16/10 | | | |
| 1530. -Dreyfus Select Managers S/C Value Fund | | | | | Buy | 10/06/10 | | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1531. -Dreyfus Select Managers S/C Value | | | | | Buy (add'l) | 12/31/10 | | | |
| 1532. -Ishares S&P GSCI Commodity-Ind | | | | | | | | | |
| 1533. -Advantage Global Alpha-I | | | | | Buy | 10/07/10 | | | |
| 1534. -Advantage Global Alpha-I | | | | | Buy (add'l) | 12/22/10 | | | |
| 1535. -Dell Inc | | | | | Closed | | | | See Section VIII #13 |
| 1536. -Microsoft Corp | | | | | Sold | 11/24/09 | | | See Section VIII #3 |
| 1537. -Rydex Managed Futures Strategy Fd-Y | | | | | Buy | 10/06/10 | | | |
| 1538. -Strategic Global Stock Fund | | | | | Buy | 10/06/10 | | | |
| 1539. -Strategic Global Stock Fund | | | | | Buy (add'l) | 12/31/10 | | | |
| 1540. -Trust #20 (No Benef Interest) | None | N | T | | | | N | C | See Section VIII #1 |
| 1541. -BNY Mellon MM Fund CL M | | | | | Mon Mkt Inv | | | | |
| 1542. -BNY Mellon Bond Fund-Cl M | | | | | Buy | 12/31/10 | | | |
| 1543. -BNY Mellon Emerging Mkts Fd Cl M | | | | | Buy (add'l) | 12/31/10 | | | |
| 1544. -BNY Mellon Focused Equity Opp-M | | | | | Buy | 04/28/10 | | | |
| 1545. -BNY Mellon Focused Equity Opp-M | | | | | Sold | 12/31/10 | | | |
| 1546. -BNY Mellon Intermediate Bond Fd | | | | | Buy (add'l) | 04/28/10 | | | |
| 1547. -BNY Mellon Intermediate Bond Fd | | | | | Sold (part) | 12/31/10 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1548. -BNY Mellon Int'l Fund Cl M | | | | | Sold | 04/28/10 | | | |
| 1549. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Buy (add'l) | 04/28/10 | | | |
| 1550. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Sold | 12/31/10 | | | |
| 1551. -BNY Mellon Mid Cap Stock Fd Cl M | | | | | Sold (part) | 12/31/10 | | | |
| 1552. -BNY Mellon Muni Opport-M | | | | | Buy | 12/31/10 | | | |
| 1553. -BNY Mellon Natl Inter Bond Fd | | | | | Sold (part) | 12/31/10 | | | |
| 1554. -BNY Mellon Natl S/T Muni Bond Fd | | | | | Sold (part) | 04/28/10 | | | |
| 1555. -BNY Mellon Natl S/T Muni Bond Fd | | | | | Sold (part) | 12/31/10 | | | |
| 1556. -BNY Mellon Small Cap Stock Fd Cl M | | | | | Sold | 12/31/10 | | | |
| 1557. -BNY Mellon Small/Mid Cap Fund-M | | | | | Buy | 12/31/10 | | | |
| 1558. -BNY Mellon S/T US Gvt Secs Fd Cl-M | | | | | Buy | 12/31/10 | | | |
| 1559. -BNY Mellon Tax-Sensitive Large Cap Multi-Strategy Fund | | | | | Buy | 12/31/10 | | | |
| 1560. -BNY Mellon US Core Equity130/30 Fd | | | | | Sold (part) | 04/28/10 | | | |
| 1561. -BNY Mellon US Core Equity130/30 Fd | | | | | Sold | 12/31/10 | | | |
| 1562. -Dreyfus Diversified Int'l Fund | | | | | Buy | 04/28/10 | | | |
| 1563. -Dreyfus Diversified Int'l Fund | | | | | Sold (part) | 12/31/10 | | | |
| 1564. -Dreyfus Inflation Adjusted Secs Fund | | | | | Buy | 12/31/10 | | | |

1 Income Gain Codes. (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3 Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1565. -Dreyfus Opportunistic Small Cap Fund | | | | | Buy | 12/31/10 | | | |
| 1566. -Dreyfus Select Mgrs Small Cap Growth Fund | | | | | Buy | 12/31/10 | | | |
| 1567. -Dreyfus Select Mgrs Small Cap Value Fund | | | | | Buy | 12/31/10 | | | |
| 1568. -Apache Corp | | | | | Sold | 08/18/09 | | | See Section VIII #3 |
| 1569. -Asg Global Alternatives Fund-Y | | | | | Buy | 12/31/10 | | | |
| 1570. -Citigroup Inc | | | | | Sold | 11/25/08 | | | See Section VIII #6 |
| 1571. -Ishares S&P GSCI Commodity-Ind | | | | | Sold<br>(part) | 01/04/10 | | | |
| 1572. -Ishares S&P GSCI Commodity-Ind | | | | | Sold<br>(part) | 04/30/10 | | | |
| 1573. -Research in Motion | | | | | Sold | 10/06/08 | | | See Section VIII #3 |
| 1574. -Rydex Managed Futures Strategy Fd-Y | | | | | Buy | 12/31/10 | | | |
| 1575. -Texas Instruments Inc | | | | | Closed | | | | See Section VIII #8 |
| 1576. -Wal Mart Stores Inc | | | | | Sold | 06/15/09 | | | See Section VIII #3 |
| 1577. -Trust #21 (No Benef Interest) | None | N | T | | | | J | B | See Section VIII #1 |
| 1578. -BNY Mellon MM Fund Cl M | | | | | Mon Mkt Inv | | | | |
| 1579. -BNY Mellon Income Stk Fd Cl M | | | | | Sold | 05/01/08 | | | See Section VIII #3 |
| 1580. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | | | | | |
| 1581. -BNY Mellon Mid Cap Stock Fund Cl M | | | | | | | | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1582. -BNY Mellon Natl Inter Muni Bond Fd Cl M | | | | | | | | | |
| 1583. -BNY Mellon Natl S/T Muni Bond Fd | | | | | | | | | |
| 1584. -BNY Mellon Small Cap Stock Fund Cl M | | | | | | | | | |
| 1585. -Dreyfus Diversified Intl-1 | | | | | | | | | |
| 1586. -Hussman Strategic Growth Fund | | | | | | | | | |
| 1587. -Hussman Strategic Total Ret Fund | | | | | Buy (add'l) | 11/22/10 | | | |
| 1588. -Ishares S&P GSCI Commodity Ind | : | | | | | | | | |
| 1589. -Trust #22 (No Benef Interest) | None | O | T | | | | N | F | See Section VIII #1 |
| 1590. -Blackrock PA Muni Inst. Shares # 40 | | | | | Mon Mkt Inv | | | | |
| 1591. -AT&T Inc | | | | | | | | | |
| 1592. -BHP Billiton Ltd | | | | | | | | | |
| 1593. -Barrick Gold Corp | | | | | | | | | |
| 1594. -Burlington N Santa Fe Corp | | | | | Sold | 02/16/10 | | | |
| 1595. -Chevron Corp | | | | | | | | | |
| 1596. -Chubb Corp | | | | | Buy | 03/12/10 | | | |
| 1597. -Diageo PLC | | | | | Buy | 10/13/10 | | | |
| 1598. -Emerson Electric Co | | | | | | | | | |

1. Income Gain Codes        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes            J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal            R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
(See Column C2)           U =Book Value           V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1599. -Hewlett Packard | | | | | | | | | |
| 1600. -Medco Hlth Solutions Inc | | | | | | | | | |
| 1601. -Merck & Co | | | | | Sold (part) | 10/13/10 | | | |
| 1602. -National Grid PLC | | | | | Buy | 10/13/10 | | | |
| 1603. -Nike Inc | | | | | Buy | 03/12/10 | | | |
| 1604. -Pepsico Inc | | | | | | | | | |
| 1605. -Procter & Gamble Co | | | | | Sold (part) | 10/13/10 | | | |
| 1606. -JM Smucker Co/The New Com W/I | | | | | | | | | |
| 1607. -Stericycle Inc | | | | | Buy | 06/30/09 | | | See Section VIII #3 |
| 1608. -3M Company | | | | | Buy | 03/12/10 | | | |
| 1609. -Unilever NV New York Shares | | | | | Buy | 10/13/10 | | | |
| 1610. -Vanguard Emerging Mkts | | | | | | | | | |
| 1611. -Trust #23 (No Benef Interest) | | None | O | T | | | M | E | See Section VIII #1 |
| 1612. -Blackrock PA MM Inst Shares # 40 | | | | | Mon Mkt Inv | | | | |
| 1613. -AT&T | | | | | | | | | |
| 1614. -Barrick Gold Corp | | | | | | | | | |
| 1615. -Burlington N Santa Fe Corp | | | | | Sold | 02/16/10 | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1616. -Chevron Corp | | | | | | | | | |
| 1617. -Chubb Corp | | | | | Buy | 03/17/10 | | | |
| 1618. -Cincinnati Fin Group | | | | | | | | | |
| 1619. -Dominion Res Inc VA | | | | | | | | | |
| 1620. -Emerson Electric Co | | | | | | | | | |
| 1621. -Freeport McMoran Copper & Gold | | | | | | | | | |
| 1622. -Hewlett-Packard Co | | | | | | | | | |
| 1623. -Intel Corp | | | | | Buy | 03/17/10 | | | |
| 1624. -Medco Hlth Solutions Inc | | | | | | | | | |
| 1625. -Merck & Co Inc | | | | | Buy | 02/03/69 | | | See Section VIII #3 |
| 1626. -Nike Inc | | | | | Buy | 03/17/10 | | | |
| 1627. -Pepsico Inc | | | | | | | | | |
| 1628. -Praxair Inc | | | | | | | | | |
| 1629. -Procter & Gamble Co | | | | | | | | | |
| 1630. -JM Smucker Co/The new Com W/I | | | | | | | | | |
| 1631. -3 M Co | | | | | | | | | |
| 1632. -Centerville Osterville & Marsto Muni 3.250-2015 | | | | | | | | | |

1 Income Gain Codes:     A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
  (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes                J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000    M =$100,001 - $250,000
  (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3 Value Method Codes         Q =Appraisal             R =Cost (Real Estate Only)   S =Assessment              T =Cash Market
  (See Column C2)            U =Book Value            V =Other                 W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1633. -Seekonk Mass 3.625-2018 | | | | | | | | | |
| 1634. -United Technologies Corp. | | | | | Buy | 03/17/10 | | | |
| 1635. -Trust #24 (No Benef Interest) | | None | O | T | | | M | E | See Section VIII #1 |
| 1636. -Blackrock PA Muni MM Inst Shares # 40 | | | | | Mon Mkt Inv | | | | |
| 1637. -AT&T | | | | | | | | | |
| 1638. -Barrick Gold Corp | | | | | | | | | |
| 1639. -Burlington N Santa Fe Corp | | | | | Sold | 02/16/10 | | | |
| 1640. -Chevron Corp | | | | | | | | | |
| 1641. -Chubb Corp | | | | | Buy | 03/09/10 | | | |
| 1642. -Conagra Foods Inc | | | | | | | | | |
| 1643. -Emerson Electric Co | | | | | | | | | |
| 1644. -Hewlett-Packard Co | | | | | | | | | |
| 1645. -Medco Hlth Solutions Inc | | | | | | | | | |
| 1646. -Merck & Co | | | | | | | | | |
| 1647. -Nike Inc | | | | | Buy | 03/09/10 | | | |
| 1648. -Pepsico Inc | | | | | | | | | |
| 1649. -Procter & Gamble Co | | | | | | | | | |

1 Income Gain Codes.     A =$1,000 or less      B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000      E =$15,001 - $50,000
  (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes          J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
  (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                       P3 =$25,000,001 - $50,000,000                           P4 =More than $50,000,000
3 Value Method Codes   Q =Appraisal           R =Cost (Real Estate Only)   S =Assessment            T =Cash Market
  (See Column C2)       U =Book Value          V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1650. -JM Smucker Co/The New Com W/I | | | | | | | | | |
| 1651. -3M Co | | | | | Buy | 03/09/10 | | | |
| 1652. -Vanguard Emerging Mkts | | t | | | | | | | |
| 1653. | | | | | | | | | |
| 1654. | | | | | | | | | |
| 1655. | | | | | | | | | |
| 1656. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1) Information (in the transaction) omitted from Column (D)3 in accordance with the Committee's letters of February 1, 1999 and November 5, 2003.

(2) On 1/27/2003 Phillip Morris Cos. Inc. name was changed to Altria. Subsequently, on 3/31/2008, Phillip Morris International was received from a spin-off of Altria.

(3) The buy/sale date of this stock was inadvertently missed on prior reports.

(4) The maturity date of this bond was inadvertently missed on prior reports.

(5) This stock was marked sold on 12/22/2006 in the 2006 Financial Statement. It was then inadvertently marked as a buy on 2/12/2007.

(6) This stock was inadvertently marked as a partial sale when it was a full sale.

(7) The name change pertaining to this stock was inadvertently missed.

(8) This stock was listed on the 2008 Financial Statement as a buy. This stock was not purchased in this Trust.

(9) The 2007 Financial Statement correctly shows the merger of Phelps Dodge with Freeport McMoran Copper & Gold Inc. on 3/13/07. The Freeport McMoran stock was subsequently sold on 12/01/08. The Phelps Dodge stock should have been removed from the Financial Statement at the time of the merger with Freeport McMoran.

(10) This stock was inadvertently marked as a full sale on the 2009 Financial Statement when it was a partial sale.

(11) This stock was spelled incorrectly when it was marked on the 2008 Financial Statement as a purchase. This is actually Nokia. Nokia was subsequently sold on 7/21/09 and this Nokal Corp stock should just be removed from the Financial Statement.

(12) Inadvertently, on the 2008 Financial Statement China Mobile Hong Kong Ltd was marked as a full sale on 8/15/08 when it was a partial sale. Also, there was a name change on 5/1/2006 from China Mobile Hong Kong Ltd to China Mobile Ltd that was missed.

(13) This was marked as a full sale on the 2008 Financial Statement and should have been removed from the 2009 Financial Statement.

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544